**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 4:25-cv-10037-LEIBOWITZ/SANCHEZ**

JACKIE and ANTHONIE TALARICO,
et al.,

      Plaintiffs,

v.

BALFOUR BEATTY COMMUNITIES, LLC,
et al.,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO RESPOND TO THE SECOND AMENDED COMPLAINT AND TO EXTEND DEADLINE FOR JOINT PROPOSED SCHEDULE SUBMISSION**

**THIS CAUSE** came before the Court on Defendants' Unopposed Motion to Stay Deadline to Respond to Plaintiffs' Second Amended Complaint and to Extend Deadline for Joint Proposed Schedule Submission (the "Motion"). [ECF No. 144]. The Court has reviewed the Motion, the record, and is otherwise fully advised in the premises. It is hereby:

**ORDERED and ADJUDGED** that:

1.      The Motion is **GRANTED**.

2.      Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint is **STAYED** until further Order of the Court.

3.      The Court will set a deadline for Defendants' response following the March 27, 2026 status conference or by separate Order.

2

4.      The deadline for the Plaintiffs' cession date filing and the parties' joint proposed schedule submission referred to in the January 20, 2026 Order [ECF No.133] is **EXTENDED** from March 23, 2026 to March 25, 2026.

5.      All other deadlines and obligations remain in effect unless otherwise modified by the Court.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this __ day of March, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2