**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 4:25-cv-10037-JEM**

JACKIE and ANTHONIE TALARICO, Each
Individually and as Next Friends to A.T. and R.T., *et al.*,

    Plaintiffs,

v.

BALFOUR BEATTY COMMUNITIES, LLC, *et al.*,

    Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS/EMAIL**

    COMES NOW, the undersigned, pursuant to Local Rule 11.1 and CM/ECF Administrative Procedure 3D, and hereby files this Notice of Change of Address/Email, and as grounds therefore states as follows:

1. Dexter Romanez, Esq. is no longer employed with Luks Santaniello, et al.

2. Mr. Romanez is now practicing at Quintairos, Prieto, Wood & Boyer, P.A. and seeks to change his address and email associated with any and all matters, including the present action, as follows:

    a. Quintairos, Prieto, Wood & Boyer, P.A., 9300 South Dadeland Blvd., 4th Floor, Miami, FL 33156, dexter.romanez@qpwblaw.com

3. Quintairos, Prieto, Wood & Boyer, P.A., remains counsel of record for all Defendants.

Dated this 19th day of March, 2026.

(signature block to follow)

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

 */s/ Dexter Romanez, Esq.*
**Dexter Romanez, Esquire**
Florida Bar No.: 780561
Dexter.romanez@qpwblaw.com

9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156
Tel: 305-670-1101/ Fax: 305-670-1161

Designated Email Addresses for Service of
Pleadings and Court Documents Only:
Primary Email:
Dexter.romanez@qpwblaw.com
Secondary Email:
Rebecca.epstein@qpwblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will send notice of electronic filing to counsel of record registered to receive electronic notices of filing in this case.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

 */s/ Dexter Romanez, Esq.*
**Dexter Romanez, Esquire**
Florida Bar No.: 780561
Dexter.romanez@qpwblaw.com

9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156
Tel: 305-670-1101/ Fax: 305-670-1161

Designated Email Addresses for Service of
Pleadings and Court Documents Only:
Primary Email:
Dexter.romanez@qpwblaw.com
Secondary Email:
Rebecca.epstein@qpwblaw.com