**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**In Re: NAS KEY WEST LITIGATION**

**CASE NO. 4:25-CV-10037**          **District Judge David S. Leibowitz**
                                    **Magistrate Judge Edwin G. Torres**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

### DECLARATION OF CHRISTOPHER LACOUR

I, Christopher LaCour, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.      I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2.      I am admitted *pro hac vice* in this Court and am a Partner at Just Well Law, PLLC, attorneys for Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendant Balfour Beatty Investments, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint.  The attachments to the Declaration are examples of communications between employees holding themselves out as BBI representatives and Plaintiffs.

3.      Attached as **Exhibit 1** are true and correct copies of email excerpts between Plaintiff Meghan Vanderhoof and Jesse Busick, VP Facility Director, Balfour Beatty Investments ("BBI"), JBusick@bbcgrp.com. These emails demonstrate that Mr. Busick, as a BBI representative, is inspecting and directing repairs to Ms. Vanderhoof's NAS Key West home. The emails indicate Mr. Busick is physically present at NAS Key West.

4.      Attached as **Exhibit 2** are true and correct copies of emails between Plaintiffs Anthonie and Jackie Talarico; Patti Avey, Regional Operations Director, Balfour, BBI,

1

PAvey@bbcgrp.com; Balfour Beatty employees; and Navy employees In this email thread, Ms. Avey is directly coordinating a meeting with the Talaricos, Balfour Beatty Communities employees, NAS Key West employees, and Navy employees to specifically address complaints from the Talaricos regarding excessive moisture, asbestos concerns, and mold contamination in their NAS Key West home.

5.      Attached as **Exhibit 3** are true and correct copies of email excerpts between Plaintiffs Astrid Trotter; Patti Avey, Regional Operations Director, BBI, PAvey@bbcgrp.com; Arlen Dieguez, Operations Director, NAS Key West homes, and Navy housing employees at NAS Key West.   In this email thread, Ms. Trotter is requesting her prior leases at NAS Key West, from 2013 through 2016. Ms. Avey is providing direct guidance to NAS Key West employees and the Navy as to when Southeast Housing LLC will provide leases to former tenants.

6.      Attached as **Exhibit 4** are true and correct copies of email excerpts between Plaintiff Meghan A. Kelly Vanderhoof and Lee Tysinger, Assistant Facility Director, BBI, ltysinger@bbcgrp.com. This email thread is from November 2024 and Mr. Tysinger discusses the repairs and lost items at Ms. Vanderhoof's NAS Key West home. Mr. Tysinger found misplaced items in Ms. Vanderhoof's NAS Key West home. These emails show Mr. Tysinger is physically present on NAS Key West in November 2024 and directing repair work at NAS Key West homes.

7.      Attached as **Exhibit 5** are true and correct copies of email excerpts between Plaintiff Chris McCarthy and Jesse Busick, Facility Director, Balfour Beatty Investments BBI, JBusick@bbcgrp.com. These emails demonstrate that Mr. Busick, as a BBI representative, is inspecting and directing repairs to Mr. McCarthy's NAS Key West home. The emails indicate Mr. Busick is physically present at NAS Key West.

8.      Attached as **Exhibit 6** are true and correct copies of email excerpts between

Plaintiff Dan Mitchell and Tamara Perry, Customer Experience Specialist, BBI, TGPerry@bbcgrp.com. In this email thread, Ms. Perry sends Mr. Mitchell lease documents for his review and states she will coordinate with the property manager to make repairs on his NAS Key West home.

9.      Attached as **Exhibit 7**  are true and correct copies of email excerpts between Plaintiffs Dustin and Mckayla Fothergill; Lee Tysinger, Life Health Safety Service Manager, BBI, ltysinger@bbcgrp.com; Balfour Beatty Communities ("BBC") employees, and Navy housing employees at NAS Key West.   In this email thread, Mr. Tysinger discusses the work plan he created for the Fothergill home. He also discusses the moisture report, ceiling inspection, and repairs, and asbestos containment and repair procedures at the Fothergill home on NAS Key West These emails indicate Mr. Tysinger is present on NAS Key West in August 2024.

10.      Attached as **Exhibit 8**  are true and correct copies of email excerpts between Plaintiff Brittany Frates and Lee Tysinger, Life Health Safety Service Manager, BBI, ltysinger@bbcgrp.com; BBC employees, and Navy housing employees at NAS Key West.   In this email thread, Mr. Tysinger discusses the work order and repair plans for the Frates home at NAS Key West. These emails indicate that Mr. Tysinger is physically present on NAS Key West in August 2024.

11.      Attached as **Exhibit 9**  are true and correct copies of emails between Plaintiff Virginia Guess; Lee Tysinger, Life Health Safety Service Manager, BBI, ltysinger@bbcgrp.com; Dreamer Thorn, Vice President of Military Operations, BBC; Patti Avey, BBI; BBC employees, and Navy housing employees at NAS Key West.   In this email thread, Mr. Tysinger discusses the work order for moisture and mold assessments for the Guess home at NAS Key West. These emails indicate that Mr. Tysinger is physically present on NAS Key West in July 2024.

3

12. Attached as **Exhibit 10** are true and correct copies of email excerpts between Plaintiff Jenn Telfer; Lee Tysinger, Life Health Safety Service Manager, BBI, ltysinger@bbcgrp.com; BBI; BBC employees, and Navy housing employees at NAS Key West. In this email thread, Mr. Tysinger discusses scheduling a duct cleaning at NAS Key West and the BBI policy of not hiring a licensed mold remediator to conduct repairs at her home. These emails indicate Mr. Tysinger is physically present on NAS Key West in October 2024.

13. Attached as **Exhibit 11** are true and correct copies of email excerpts between Plaintiff Jenn Telfer and Tamara Perry, Customer Experience Specialist, BBI, TGPerry@bbcgrp.com. In this email thread, Ms. Perry sends Ms. Telfer lease documents for her review and signature regarding her NAS Key West home.

14. Attached as **Exhibit 12** are true and correct copies of email excerpts between Plaintiffs Mike and Amanda Fellows and Patti Avey, Regional Operations Director, PAvey@bbcgrp.com. Ms. Avey discusses the personal property damage the Fellows encountered in their NAS Key West home.

15. Attached as **Exhibit 13** are true and correct copies of email excerpts between Plaintiff Mayra Bryant and Lee Tysinger, Life Health Safety Service Manager, BBI, ltysinger@bbcgrp.com. In this email thread, Mr. Tysinger discusses moisture and mold testing at Ms. Bryant's NAS Key West home. These emails indicate that Mr. Tysinger is physically present on NAS Key West in October 2024.

16. Attached as **Exhibit 14** is a true and correct copy of the DocuSign lease packet for Plaintiff Denny Castillo. This document was electronically signed by Demetriase Wynn, dwynn@bbcgrp.com, Assistant Community Manager, BBI, and contains an electronic record and signature disclosure for BBI.

17.     Attached as **Exhibit  15** is a true and correct copy of emails between Plaintiffs Jamie and Bryan Saladis and Alina Mekhtiieva, Customer Experience Specialist, BBI, amekhtiieva@bbcgrp.com;. In this email thread, Ms. Mekhtiieva sends the Saldis family information about their move-out inspection of their NAS Key West home.

18.     Attached as **Exhibit  16** is a true and correct copy of the Docusign lease packet for Plaintiff John Stevens. This document was electronically signed by Demetriase Wynn, Assistant Community Manager, BBI, dwynn@bbcgrp.com, and contains an electronic record and signature disclosure for BBI.

19.     Attached as **Exhibit  17** is a true and correct copy of the BBI Community Incident Report regarding Plaintiffs Taylor and Jessica Stroud.

20.     Plaintiffs have served discovery requests upon Defendants seeking information bearing on the question of whether the Court can exercise personal jurisdiction over BBI. Plaintiffs' requests seek information and documents concerning, among other things: (a) BBI's operational and managerial involvement in military housing at NAS Key West; (b) the corporate, ownership, and equity structure of and among Defendants, including BBI's relationship to BBC; (c) communications between BBI and the other Defendants; (d) the financial benefits, fees, and cash flows that BBI derives from military housing activities in Florida; (e) the scope and extent of control that BBI exercises, or has the right to exercise, over the other Defendants; (f) BBI's policies, directives, and governance activities relating to NAS Key West housing; and (g) communications between Plaintiffs and representatives of any Defendant (including BBI). To date, however, BBI has not provided complete responses to the discovery requests or produced all responsive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of May 2026.

<u>*s/ Christopher LaCour*</u>
Christopher LaCour