# EXHIBIT 1



Hey Meghan,

I just talked with Alex with Motili and we are still set for 11:30 AM.  Alex found the source of the water last night and will be making that repair as well as cleaning the blow

Thanks

**Jesse Busick**
**Facility Director** I Balfour Beatty Investments
M:　　　　　　 I E: jbusick@bbcgrp.com

**Balfour Beatty**
**Investments**

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

---

**From:** Thorn, Dreamer <DThorn@bbcgrp.com>
**Sent:** Thursday, August 15, 2024 9:57 AM
**To:** M K Vanderhoof <　　　　　　　　
**Co:** Gookin, Patrick, OIG DoD <Patrick.Gookin@dodig.mil>; Busick, Jesse <JBusick@bbcgrp.com>; Collier, Courtney <CCollier@bbcgrp.com>; Tysinger, Lee <LTysinge <smiller@bbcgrp.com>; Fisher, Richard <RFisher@bbcgrp.com>; robert.g.brownlee4.civ@us.navy.mil; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autum jackson.d.stallings2.mil@us.navy.mil; OIG DoD <Tammy.Vaughn@dodig.mil>; shyla.e.ramirez.mil@mail.mil; dawn.m.kissel.civ@us.navy.mil; Lyons, Samantha <SLyons( <DMeredith@bbcgrp.com>; Eagle, Gregory P CIV USCG SEC KEY WEST (USA) <Gregory.P.Eagle@uscg.mil>; Harley, Josh <JHarley@bbcgrp.com>
**Subject:** RE: AGAIN—UPDATE—Re: 1264 A—AMRC Inspection

Good morning ma'am,

I have a message from Jesse that he scheduled with you for Alex to be at your home at 11:30am today.

Thank you,

**Dreamer Thorn**, CAM, CDPM, ARM

# Balfour Beatty
## Communities

M: ▮▮▮▮▮▮ | E: dthorn@bbcgrp.com

---

**From:** M K Vanderhoof <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Thursday, August 15, 2024 8:54 AM
**To:** Thorn, Dreamer <DThorn@bbcgrp.com>
**Cc:** Gookin, Patrick, OIG DoD <Patrick.Gookin@dodig.mil>; Busick, Jesse <JBusick@bbcgrp.com>; Collier, Courtney <CCollier@bbcgrp.com>; Tysinger, Lee <LTysinge <smiller@bbcgrp.com>; Fisher, Richard <RFisher@bbcgrp.com>; robert.g.brownlee4.civ@us.navy.mil; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autum jackson.d.stallings2.mil@us.navy.mil; OIG DoD <Tammy.Vaughn@dodig.mil>; shyla.e.ramirez.mil@mail.mil; dawn.m.kissel.civ@us.navy.mil; Lyons, Samantha <SLyons( <DMeredith@bbcgrp.com>; Eagle, Gregory P CIV USCG SEC KEY WEST (USA) <Gregory.P.Eagle@uscg.mil>; Harley, Josh <JHarley@bbcgrp.com>
**Subject:** Re: AGAIN—UPDATE—Re: 1264 A—AMRC Inspection

Morning.

BBC—please advise about today's plan for the A/C. I haven't heard back from anyone about Alex's assessment/action plan from last night. I also want it noted & added to my work order that

Obviously, the water intrusion has to cease today but I also need the fan blower to be cleaned/sanitized.

My family has a lot of appointments today so I need your reply ASAP to plan accordingly. I will routinely check my email for a response.

Thanks,

Meghan

Sent from my iPhone

> On Aug 14, 2024, at 8:39 PM, M K Vanderhoof <▮▮▮▮▮▮▮▮▮▮▮> wrote:
>
> All—My a/c stopped working and the drip pan is full. My husband called the work order line already and I contacted Jesse. The WO line said they're sending someone & Jesse said he
>
> Prior to this, I spoke with Jesse earlier this evening to schedule Alex's arrival tomorrow morning.
>
> Below are images of the current situation and a screenshot of my reply ti Arlen on Monday the 12th at 4:45 PM that has gone unanswered.
>
> This is absurd! This major inconvenience could've been avoided if my email on Monday was answered.
>
> Will reply again after this is resolved.
>
> Meghan