# EXHIBIT 2

<PCook@bbcgrp.com>; Lyons, Samantha <SLyons@bbcgrp.com>; Bergman, Bryan L CIV SOUTHCOM JIATFS J2 (USA) <bryan.l.bergman.civ@mail.mil>;
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

As it is now almost 1 PM, I am assuming this meeting is not happening today, unless otherwise noted before 1 PM.
Additionally, I was told this was an in-person meeting, if this is not the case, I am available until 2 PM tomorrow. Since Friday does not work for your partners, that is now off the table. Leadership is awaiting the scheduling of this meeting as well. Please let me know what works best for you all and the location of this meeting, in person or virtual.

Thank you,
Jackie Talarico

On Wed, Jul 24, 2024 at 9:25 AM Thorn, Dreamer <DThorn@bbcgrp.com> wrote:

Good morning ma'am,

It looks like our emails crossed paths this morning, thank you for the options below, we will respond as soon as we confirm the selected date/time.

Thank you,

**Balfour Beatty Communities**

**Dreamer Thorn**, CAM, CDPM, ARM
Vice President, Military Operations | Balfour Beatty Communities
M: ██████████ | E: dthorn@bbcgrp.com



**From:** Anthonie & Jackie Talarico <██████████>
**Sent:** Wednesday, July 24, 2024 8:20 AM
**To:** Avey, Patti <PAvey@bbcgrp.com>
**Cc:** Angle, Ron <RAngle@bbcgrp.com>; Brownlee, Robert G CIV USN COMNAVREG SE JAX FL (USA) <robert.g.brownlee4.civ@us.navy.mil>; Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>; Collier, Courtney <CCollier@bbcgrp.com>; DeLuca, Antonella C CIV USN COMNAVREG SE JAX FL (USA) <antonella.c.deluca.civ@us.navy.mil>; Dieguez, Arlen <ADieguez@bbcgrp.com>; Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>; Kelly-Vanderhoof, Meghan A CIV (USA) <meghan.a.kelly-vanderhoof.civ@us.navy.mil>; Kissel, Dawn Michelle CIV USN (USA) <dawn.m.kissel.civ@us.navy.mil>; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autumn.l.martinez.civ@us.navy.mil>; McKelvey, Thomas C CIV USN NAVFAC SE JAX FL (USA) <thomas.c.mckelvey.civ@us.navy.mil>; Miller, Starla <smiller@bbcgrp.com>; Parker, Harold R CIV USN COMNAVREG SE JAX FL (USA) <harold.r.parker.civ@us.navy.mil>; Ramirez, Shyla E CPO USCG SOUTHCOM JIATFS J6 (USA) <shyla.e.ramirez.mil@mail.mil>; Rumbaugh, Ryan <RRumbaugh@bbcgrp.com>; Stallings, Jackson D LT USN (USA) <jackson.d.stallings2.mil@us.navy.mil>; Talarico, Anthonie T PO1 USN SOUTHCOM JIATFS J2 (USA) ██████████; Thorn, Dreamer <DThorn@bbcgrp.com>; Tysinger, Lee <LTysinger@bbcgrp.com>; Vaughn, Tammy, OIG DoD <Tammy.Vaughn@dodig.mil>; Meredith, Dawn <DMeredith@bbcgrp.com>; Busick, Jesse <JBusick@bbcgrp.com>; Sperry, Kenneth <KSperry@bbcgrp.com>; Cook, Paula <PCook@bbcgrp.com>; Lyons, Samantha <SLyons@bbcgrp.com>; Bergman, Bryan L CIV SOUTHCOM JIATFS J2 (USA) <bryan.l.bergman.civ@mail.mil>
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

Good morning,

The following are the 3 dates and times I am available. Please confirm which date and time works best for you all.

- Today, Wednesday July 24, 2024, any time after 3:00 PM
- Thursday, July 25, 2024, between 11 AM - 1 PM
- Friday, July 26th, 2024, any time after 3:00 PM

Thank you,
Jackie Talarico

On Mon, Jul 22, 2024 at 12:24 PM Anthonie & Jackie Talarico ██████████ wrote:

Please be advised.

I am in receipt of your email and am working to coordinate this with all parties involved and will respond as soon as possible.

Respectfully,
Jackie Talarico

On Fri, Jul 19, 2024 at 5:22 PM Avey, Patti <PAvey@bbcgrp.com> wrote:

Ms. Talarico,

Apologies for any perceived delay in our response. As you know, we have presented several options for reassignment to alternative housing and understand that you have concerns with those options based on a number of ongoing issues related to the situation involving your current home and personal contents in the home. Southeast Housing LLC, as your Landlord, has been seeking assistance from the Navy, its housing partner, to identify the best path forward. In that regard, Landlord representatives would be interested to meet with you next week (preferably next Tuesday or Wednesday), along with a NAVFAC representative, in order to attempt to resolve any disputes surrounding your housing at NAS Key West, as well as the ability to assign you to a new home. Please let us know your availability for those days next week and we will seek to accommodate your schedule as much as possible.

On the Landlord side, we expect attendees may include me, Chuck Parker (EVP), Dreamer Thorn (VP), and/or Leslie Cohn (EVP). Please note that Leslie works for our Legal Department and accordingly you should let us know if you are represented by an attorney and whether you would propose to have that person present as well. ███████████████████████████.

In the interim, we wanted to let you know that we have a "per diem" check ready for you regarding your displacement, and that we have taken the precaution of extending your hotel accommodation through August 2nd to the extent it is needed. Note that you will need to stop at the front desk to update your room key for the extended stay.

Thank you,

**Patti Avey**, CAM, CAPS, CDPM
Regional Operations Director | Balfour Beatty Investments
M: ████████ | E: pavey@bbcgrp.com

**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

**From:** Anthonie & Jackie Talarico ████████████
**Sent:** Friday, July 19, 2024 11:09 AM
**To:** Avey, Patti <PAvey@bbcgrp.com>
**Cc:** Angle, Ron <RAngle@bbcgrp.com>; Brownlee, Robert G CIV USN COMNAVREG SE JAX FL (USA) <robert.g.brownlee4.civ@us.navy.mil>; Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>; Collier, Courtney <CCollier@bbcgrp.com>; DeLuca, Antonella C CIV USN COMNAVREG SE JAX FL (USA) <antonella.c.deluca.civ@us.navy.mil>; Dieguez, Arlen <ADieguez@bbcgrp.com>; Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>; Kelly-Vanderhoof, Meghan A CIV (USA) <meghan.a.kelly-vanderhoof.civ@us.navy.mil>; Kissel, Dawn Michelle CIV USN (USA) <dawn.m.kissel.civ@us.navy.mil>; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autumn.l.martinez.civ@us.navy.mil>; McKelvey, Thomas C CIV USN NAVFAC SE JAX FL (USA) <thomas.c.mckelvey.civ@us.navy.mil>; Miller, Starla <smiller@bbcgrp.com>; Parker, Harold R CIV USN COMNAVREG SE JAX FL (USA) <harold.r.parker.civ@us.navy.mil>; Ramirez, Shyla E CPO USCG SOUTHCOM JIATFS J6 (USA) <shyla.e.ramirez.mil@mail.mil>; Rumbaugh, Ryan <RRumbaugh@bbcgrp.com>; Stallings, Jackson D LT USN (USA) <jackson.d.stallings2.mil@us.navy.mil>; Talarico, Anthonie T PO1 USN SOUTHCOM JIATFS J2 (USA) ███████████████; Thorn, Dreamer <DThorn@bbcgrp.com>; Tysinger, Lee <LTysinger@bbcgrp.com>; Vaughn, Tammy, OIG DoD <Tammy.Vaughn@dodig.mil>; Meredith, Dawn <DMeredith@bbcgrp.com>; Busick, Jesse <JBusick@bbcgrp.com>; Sperry, Kenneth <KSperry@bbcgrp.com>; Cook, Paula <PCook@bbcgrp.com>; Lyons, Samantha <SLyons@bbcgrp.com>; Bergman, Bryan L CIV SOUTHCOM JIATFS J2 (USA) <bryan.l.bergman.civ@mail.mil>
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

URGENT:

Please be advised. It has now been 4 business days and we have received no response from the BBC team.

We currently have only 3 business days (including today) to figure out the next steps BBC is willing to take. Command leadership is awaiting response as well.

Respectfully,
Jackie Talarico

On Mon, Jul 15, 2024 at 11:11 AM Avey, Patti <PAvey@bbcgrp.com> wrote:

> Mrs. Talarico,
>
> We are in receipt of your communication and preparing a response.
>
> Respectfully,
>
> **Patti Avey**, CAM, CAPS, CDPM
> Regional Operations Director | Balfour Beatty Investments
> M: ████████ | E: pavey@bbcgrp.com

**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

**From:** Anthonie & Jackie Talarico <██████████████
**Sent:** Monday, July 15, 2024 9:32 AM
**To:** Avey, Patti <PAvey@bbcgrp.com>
**Cc:** Angle, Ron <RAngle@bbcgrp.com>; Brownlee, Robert G CIV USN COMNAVREG SE JAX FL (USA) <robert.g.brownlee4.civ@us.navy.mil>; Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>; Collier, Courtney <CCollier@bbcgrp.com>; DeLuca, Antonella C CIV USN COMNAVREG SE JAX FL (USA) <antonella.c.deluca.civ@us.navy.mil>; Dieguez, Arlen <ADieguez@bbcgrp.com>; Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>; Kelly-Vanderhoof, Meghan A CIV (USA) <meghan.a.kelly-vanderhoof.civ@us.navy.mil>; Kissel, Dawn Michelle CIV USN (USA) <dawn.m.kissel.civ@us.navy.mil>; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autumn.l.martinez.civ@us.navy.mil>; McKelvey, Thomas C CIV USN NAVFAC SE JAX FL (USA) <thomas.c.mckelvey.civ@us.navy.mil>; Miller, Starla <smiller@bbcgrp.com>; Parker, Harold R CIV USN COMNAVREG SE JAX FL (USA) <harold.r.parker.civ@us.navy.mil>; Ramirez, Shyla E CPO USCG SOUTHCOM JIATFS J6 (USA) <shyla.e.ramirez.mil@mail.mil>; Rumbaugh, Ryan <RRumbaugh@bbcgrp.com>; Stallings, Jackson D LT USN (USA) <jackson.d.stallings2.mil@us.navy.mil>; Talarico, Anthonie T PO1 USN SOUTHCOM JIATFS J2 (USA)███████████████>; Thorn, Dreamer <DThorn@bbcgrp.com>; Tysinger, Lee <LTysinger@bbcgrp.com>; Vaughn, Tammy, OIG DoD <Tammy.Vaughn@dodig.mil>; Meredith, Dawn <DMeredith@bbcgrp.com>; Busick, Jesse <JBusick@bbcgrp.com>; Sperry, Kenneth <KSperry@bbcgrp.com>; Cook, Paula <PCook@bbcgrp.com>; Lyons, Samantha <SLyons@bbcgrp.com>
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

Please send and provide the M&IE credit with a breakdown that will be deposited in our account. Along with the confirmation that BAH has stopped being deducted in full. We are also requesting a credit for July. Our family is still enduring inconvenience, uncomfortability, mental stress, frustrations and more due to these circumstances.

Note: This current discussion and restitution are solely for the circumstances we are currently experiencing as of July 6th, 2024, and are in addition to our previous, unresolved, and ongoing negotiations and claims with the 3rd party ADR DOD attorney and Balfour Beatty regarding the issues we have endured and been burdened with prior to now.

Per the Casa Marina representative, our checkout date is set for July 24th, 2024. Please send us our options that fit our family of 4 comfortably, are not mold or roach infested, include a kitchenette, and allow pets from the 24th until permanent arrangements are made and accepted.

Below are 3 options from the BBC team along with 1 additional from JIATF-S leadership for our family's relocation into habitable, safe, and healthy living conditions:

NOTE: We have been told by the 3rd Party mold & air quality inspector that moving our household goods into any option will continue to pose a health risk to our family and a risk of contaminating the next household. Attached you will see only a small sample of photos of household goods that are experiencing visible mold growth. Until we reach an agreement on our household goods we cannot accept any option below. Please note, due to my eczema, chemical treatment of all goods is not an option.

Option 1: Permanently relocate to a home in Truman, we have those two addresses we can provide to you and schedule a walk-through for you to select between. These homes would be ready as soon as the end of this month. If one of these options are selected, your family would need to be temporarily relocated to a Patriot Home until we can ready the permanent home then we can facilitate the move over to include costs of moving.

As I have mentioned previously, these 2 properties, although they are in renovation, how are we to trust that these have been remediated in accordance with the proper SOP's, laws and regulations, certified contractors, and so forth. Our home went through "renovation" and "remediation" too and we were just lied to again.  After reviewing the 7 year work order history on both of these homes with Navy Housing, it is apparent that with the significant, ongoing issues with plumbing and/or HVAC water intrusions that we would be facing are the same systemic issues we are currently enduring on Sigsbee .This offer is off the table.

Option 2: Relocate you to the Patriot Home until a currently vacant home can go through the upcoming renovation project which is projected to start in August. If everything aligns correctly, that would put you moving to a completed renovation home in September.

Again, I find it very interesting how as of July 9th, 2024 Balfour Beatty and its ~10 executives from the SE region, still did not have the situational awareness of what repairs, if any, could be made to fix this issue and are claiming there is no need for a properly certified mold remediator due "no mold being present". Once again this company is refusing to do the proper testing and providing fraudulent results to get around remediating these issues properly. How exactly is this plan going into action if your team cannot articulate what the source or problem is? Will this be another Balfour Beatty patch job that continues to endanger future residents now that pressure has been applied from families and commands like ours? Is this how these other homes were "renovated"?

Please provide the residence address that will be undergoing the first renovation project, the required SOPs in relation to asbestos, mold, renovations, and remediations, along with the detailed plan and list of certified contractors that will be undertaking this remediation as mold/asbestos are located within these homes that are affected. Once again, these issues are systemic and across all bases here in Key West.

Will BBC also be taking the time to make the ceilings, bathrooms, HVAC closets, and other systemically problematic areas in these negligently unkempt homes  "green" (free of ACM) so that BBC can easily repair moisture issues, leaks, and plumbing/pipes within the home without exposing future resident's and their families to asbestos? This needs to start being added to all future renovation plans so that future families are not affected by BBC negligence

Option 3: Your family elects to move out of your home and into the local community and the landlord would pay for the local moving costs.

Will you all be providing first, last, and security deposits as well as the funds for the DITY move? We have been actively looking in the area for homes that are within our BAH with utilities factored in, that allow pets and can be comfortable for our family, and our non porous household goods such as our outdoor equipment will be able to be taken with us. However, once again, housing is scarce in Key West for a family of 4 and out of the price range to meet suitability for many of us here.

We have now been offered a 4th option per Anthonie's Command.

Option 4: Relocate our family to our next duty station early due to the ongoing situation with BBC and understanding the housing scarcity here in Key West for families outside of Balfour Beatty Communities.

Be advised: This option is not set in stone, and does not have a set time frame.

As aforementioned, our household goods are still the main concern and we cannot make ANY choice from the options listed above until the issue is resolved.

I also hold an assistant manager position and if we accept this relocation to Maryland, our household will be impacted with additional loss of income of an estimated $30,000 as we were set to relocate originally in February after my husband's training ends.

Please let me know how the BBC team plans to handle the reimbursement of Household goods so that our family can make decisions. The command is also awaiting your timely reply so that they can accommodate our family if needed. If the BBC team fails to abide by the requests of option 3, we will also be requesting compensation in regards to loss of income.

I have been contacted this morning by Lee Tysinger stating their vendor will be conducting "assessments" on numerous homes, including ours at 1184A Gilmore Dr. at 2:00PM. No one from Navy housing has been made aware of my home or others being conducted. I am requesting at least one of my navy housing advocates be present, and anyone else attached to this email from commands and triad are more than welcome.

Respectfully,
Jackie Talarico

On Sat, Jul 13, 2024 at 3:33 PM Avey, Patti <PAvey@bbcgrp.com> wrote:

Mrs. Talarico,

As per the approved M&IE rate for Key West (copied below), you will have a credit to your BAH allotment of $69/person each day that you are displaced without a kitchen.  We do not provide reimbursement with a gift card or as a charge on the room.  When I return to the office on Monday, I will let you know how much will be credited to your account for this displacement.  Hope you have a great weekend.



## Meals & Incidentals (M&IE) rates and breakdown ⓘ

 

Use this table to find the following information for federal employee travel:

**M&IE Total** - the full daily amount received for a single calendar day of travel when that day is neither the first nor last day of travel.

**Breakfast, lunch, dinner, incidentals** - Separate amounts for meals and incidentals. M&IE Total = Breakfast + Lunch + Dinner + Incidentals. Sometimes meal amounts must be deducted from trip voucher. See More Information

**First & last day of travel** - amount received on the first and last day of travel and equals 75% of total M&IE.

Filter Results...

| Primary Destination ⓘ | County ⓘ | M&IE Total | Continental Breakfast/Breakfast | Lunch | Dinner | Incidental Expenses | First & Last Day of Travel ⓘ |
|---|---|---|---|---|---|---|---|
| Key West | Monroe | $69 | $16 | $17 | $31 | $5 | $51.75 |

**Patti Avey**, CAM, CAPS, CDPM
Regional Operations Director | Balfour Beatty Investments
M: ▮▮▮▮▮ | E: pavey@bbcgrp.com

## Balfour Beatty
### Investments

## Build to Last
### Lean. Expert. Trusted. Safe. Sustainable.

**From:** Anthonie & Jackie Talarico ▮▮▮▮▮▮▮▮
**Sent:** Saturday, July 13, 2024 11:14 AM
**To:** Avey, Patti <PAvey@bbcgrp.com>
**Cc:** Brownlee, Robert G CIV USN COMNAVREG SE JAX FL (USA) <robert.g.brownlee4.civ@us.navy.mil>; Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>; Collier, Courtney <CCollier@bbcgrp.com>; DeLuca, Antonella C CIV USN COMNAVREG SE JAX FL (USA) <antonella.c.deluca.civ@us.navy.mil>; Dieguez, Arlen <ADieguez@bbcgrp.com>; Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>; Kelly-Vanderhoof, Meghan A CIV (USA) <meghan.a.kelly-vanderhoof.civ@us.navy.mil>; Kissel, Dawn Michelle CIV USN (USA) <dawn.m.kissel.civ@us.navy.mil>; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autumn.l.martinez.civ@us.navy.mil>; McKelvey, Thomas C CIV USN NAVFAC SE JAX FL (USA) <thomas.c.mckelvey.civ@us.navy.mil>; Miller, Starla <smiller@bbcgrp.com>; Parker, Harold R CIV USN COMNAVREG SE JAX FL (USA) <harold.r.parker.civ@us.navy.mil>; Ramirez, Shyla E CPO USCG SOUTHCOM JIATFS J6 (USA) <shyla.e.ramirez.mil@mail.mil>; Stallings, Jackson D LT USN (USA) <jackson.d.stallings2.mil@us.navy.mil>; Talarico, Anthonie T PO1 USN SOUTHCOM JIATFS J2 (USA) ▮▮▮▮▮▮▮▮ Thorn, Dreamer <DThorn@bbcgrp.com>; Tysinger, Lee <LTysinger@bbcgrp.com>; Vaughn, Tammy, OIG DoD <Tammy.Vaughn@dodig.mil>
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

🟥 External Email

Good morning,

As our unit does not have a Kitchenette, we I'll need to be provided per diem for food costs for a family of 4 eating out in key west breakfast, lunch, and dinner. Please note there is no complimentary breakfast at the hotel and no microwave.

Will this be provided via room tab or gift card, including yesterday due to the inconveniences.

On Fri, Jul 12, 2024 at 20:30 Anthonie & Jackie Talarico ▮▮▮▮▮▮▮▮ wrote:

> We are now somewhat settled in. I will have to go back to the house to retrieve extra essential items. Trying to finally relax and get dinner.
>
> Thank you,
> Jackie

On Fri, Jul 12, 2024 at 19:07 Avey, Patti <PAvey@bbcgrp.com> wrote:

> Mrs. Talarico,
>
> I am glad to hear that the accommodations for Casa Marina will work for your family.  The reservation is in my name and you are added as a guest so you should be able to get the keys without any issues.  If you have any issues, please let me know as soon as possible.
>
> **Patti Avey**, CAM, CAPS, CDPM
> Regional Operations Director | Balfour Beatty Investments

M: 484-995-4432 | E: pavey@bbcgrp.com

**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

**From:** Anthonie & Jackie Talarico █████████████
**Sent:** Friday, July 12, 2024 6:42 PM
**To:** Avey, Patti <PAvey@bbcgrp.com>
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

Patti,

I just got back in from returning the key. I will head there now to casa marina as I'm familiar with casa marina and have friends that work there. I'm sure it will be fine, I will let you know as soon as I get there.

Thank you for your quick response.

On Fri, Jul 12, 2024 at 18:35 Avey, Patti <PAvey@bbcgrp.com> wrote:

> Mrs. Talarico,
>
> Unfortunately, I just spoke with Navy Lodge and they stated that they do not have any rooms available for the rest of the month.  I know that there are three hotels locally that will accept pets; Doubletree, Hilton Garden Inn and Casa Marina Key West.  Hilton Garden Inn is sold out, Doubletree only had one room that is a king with a balcony that could be available tonight, and Casa Marina Key West had one room that has two queen beds that is available tonight.  Since Casa Marina was only hotel that had two queen beds, I made the reservation so we did not lose the room.  If you decide this room is not acceptable, please let me know and I will cancel the reservation.
>
> Should you know of another hotel that will accommodate your family's requirements, please let me know and I will try to assist with the reservations asap.
>
> Please just let me know how you would like to proceed with your temporary relocation.
>
> **Patti Avey**, CAM, CAPS, CDPM
> **Regional Operations Director** | Balfour Beatty Investments
> M: ███████     E: pavey@bbcgrp.com

**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

**From:** Anthonie & Jackie Talarico █████████████
**Sent:** Friday, July 12, 2024 5:36 PM
**To:** Avey, Patti <PAvey@bbcgrp.com>
**Cc:** Brownlee, Robert G CIV USN COMNAVREG SE JAX FL (USA) <robert.g.brownlee4.civ@us.navy.mil>; Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>; Collier, Courtney <CCollier@bbcgrp.com>; DeLuca, Antonella C CIV USN COMNAVREG SE JAX FL (USA) <antonella.c.deluca.civ@us.navy.mil>; Dieguez, Arlen <ADieguez@bbcgrp.com>; Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker@us.navy.mil>; Kelly-Vanderhoof, Meghan A CIV USN (USA) <meghan.a.kelly-vanderhoof.civ@us.navy.mil>; Kissel, Dawn Michelle CIV USN (USA) <dawn.m.kissel.civ@us.navy.mil>; Martinez, Autumn L CIV USN NAS KEY WEST FL (USA) <autumn.l.martinez.civ@us.navy.mil>; McKelvey, Thomas C CIV USN NAVFAC SE JAX FL (USA) <thomas.c.mckelvey.civ@us.navy.mil>; Miller, Starla <smiller@bbcgrp.com>; Parker, Harold R CIV USN COMNAVREG SE JAX FL (USA) <harold.r.parker.civ@us.navy.mil>; Ramirez, Shyla E CPO USCG SOUTHCOM JIATFS J6 (USA) <shyla.e.ramirez.mil@mail.mil>; Stallings, Jackson D LT USN (USA) <jackson.d.stallings2.mil@us.navy.mil>; Talarico, Anthonie T PO1 USN SOUTHCOM JIATFS J2 (USA) ███████████████; Thorn, Dreamer <DThorn@bbcgrp.com>; Tysinger, Lee <LTysinger@bbcgrp.com>; Vaughn, Tammy, OIG DoD <Tammy.Vaughn@dodig.mil>
**Subject:** Re: Jackie Talarico - 1184 A Gilmore Dr. Key West, FL

URGENT: Declined Temporary Housing

Our family is appalled.

As aforementioned, after myself and our two small children walked to the Navy Lodge at 1:00 PM, we received notice that our accommodations were not with the Navy Lodge here at Sigsbee and we were to report to MWR Vacation rentals, a separate company at Trumbo.

Please note, Due to the incorrect temporary lodging being identified & provided to us in the emails this morning, I have had to call out of work once again.

After arriving at the MWR Vacation rentals at approximately 3:00 PM today we were handed the keys to unit 1401H. My husband and I were absolutely appalled and disgusted at the condition of this rental, and not only did the MWR think this was acceptable and not only did the MWR think this was an acceptable rental, but they worked with the BBC team knowing the conditions we were being removed from and now being placed in. It is a disgrace. Upon entering the unit, we were met with mold ridden and roach infested housing. I have included attachments below of the conditions of the house our reservation was originally under. After the decline of this unit, while speaking with the representative and attempting to acquire another unit within the property she requested exceptions be made "para (for) Arlen" to another member of their team. While the unit they offered was in acceptable condition as it's a new build, it is only a 2 bedroom and does not contain wifi. This is not an acceptable accommodation due to my husband's online college class schedule and I have both work and personal meetings/conference calls scheduled in regard to the ongoing situation. Is this accommodation a form of retaliation due to our ongoing claims? This emotional and mental pain and suffering our family is still enduring needs to end.

We are now requesting other accommodation, such as a VRBO, AIRBNB, agreed hotel, or we will temporarily go to the Navy Lodge as originally discussed. The next relocation needs to be vetted and approved by our family from this point forward.

Please let me know if any are not able to access the file provided, many have not been able to open media.

Jackie Talarico

1401H Unit relocation property

On Fri, Jul 12, 2024 at 14:29 Avey, Patti <PAvey@bbcgrp.com> wrote:

Jeff,

Thank you so much for letting me know about this miscommunication.

Mrs. Talarico,

I am truly so sorry for the confusion.  This was my fault as I thought they were both under the same umbrella at Key West.  Please let me know if there is anything that I can do to help get you settled into the home at Trumbo.

**Patti Avey,** CAM, CAPS, CDPM
**Regional Operations Director** | Balfour Beatty Investments
M: ▮▮▮▮▮▮ | E: pavey@bbcgrp.com

**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

**From:** Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.