# EXHIBIT 3

**From:** Avey, Patti <PAvey@bbcgrp.com>
**Sent:** Wednesday, July 24, 2024 12:16 PM
**To:** Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>; Dieguez, Arlen <ADieguez@bbcgrp.com>
**Cc:** Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>; Collier, Courtney <CCollier@bbcgrp.com>
**Subject:** [Non-DoD Source] RE: Trotter Records

Charity,

Southeast Housing, LLC, as landlord, is able to provide former residents with a copy of their executed lease agreement, to the extent a copy is still retained in its records. However, per the landlord's policy, maintenance records are not subject to release upon request by former, versus current, tenants.

Respectfully,

**Patti Avey**, CAM, CAPS, CDPM
**Regional Operations Director** | Balfour Beatty Investments
M: ██████████   E: pavey@bbcgrp.com



**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

---

**From:** Coffman, Charity L CIV USN NAS KEY WEST FL (USA) <charity.l.coffman2.civ@us.navy.mil>
**Sent:** Monday, July 22, 2024 4:24 PM
**To:** Dieguez, Arlen <ADieguez@bbcgrp.com>; Avey, Patti <PAvey@bbcgrp.com>
**Cc:** Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>
**Subject:** Trotter Records

Good afternoon Ladies,

Please see the below email.  Astrid Trotter is requesting the records from when she was living on Sigsbee.

R/

Charity

---

**From:** Fluker, Jeffrey William CIV USN NAS KEY WEST FL (USA) <jeffrey.w.fluker.civ@us.navy.mil>
**Sent:** Monday, July 22, 2024 4:15 PM

**To:** Coffman, Charity L CIV USN NAS KEY WEST FL (USA)
<charity.l.coffman2.civ@us.navy.mil>
**Subject:** FW: records

Mrs. Trotter is requesting

Maintenance and compliance records from 2013 – 2016

1089 A Dewey Rd.

I told her I would most likely have to get this from BBC. I told her I
would check and get back to her.

Very Respectfully,

Jeff Fluker

Navy Housing |800 Sigsbee Road|Bldg V-4059|Key West, FL 33040

Coml: ███████████ |Dsn: ███████████ |Fax:  305.293.4470

Email: jeffrey.w.fluker.civ@us.navy.mil

FOR OFFICIAL USE ONLY: This e-mail and any attachments may
contain information that is privacy and business  sensitive.
Inappropriate or unauthorized disclosure of  business and privacy
sensitive information may result in  civil and/or criminal penalties
as detailed in as amended  Privacy Act of 1974 and DoD 5400.11-R.

This email may contain information which is confidential and
is intended only for use of the recipient/s named above. If you

are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.