# EXHIBIT 9

7/29/24, 9:58 PM

**From:** Virginia Guess <​███████████████████​>
**Sent:** Thursday, July 25, 2024 5:03 PM
**To:** Tysinger, Lee <LTysinger@bbcgrp.com>
**Cc:** Alonza.b.Johnson.mil@us.navy.mil; Avey, Patti <PAvey@bbcgrp.com>; Busick, Jesse <JBusick@bbcgrp.com>; ███████████████████ Collier, Courtney <CCollier@bbcgrp.com>; Dieguez, Arlen <ADieguez@bbcgrp.com>; Maxwell, John <JMaxwell@bbcgrp.com>; Meredith, Dawn <DMeredith@bbcgrp.com>; Thorn, Dreamer <DThorn@bbcgrp.com>; antonella.c.deluca.civ@us.navy.mil; autumn.l.martinez.civ@us.navy.mil; charity.l.coffman2.civ@us.navy.mil; eston.bowen.civ@us.navy.mil; harold.r.parker.civ@us.navy.mil; jeffrey.w.fluker.civ@us.navy.mil
**Subject:** Re: 1104 A MRI Request

Please disregard my previous request regarding Aces' license number. I have been in contact with the Department of Business and Professional Regulation, and I learned that Mr. Mark Earl Hartz license (MRSA3768) is set to expire on July 31, 2024, with no application for renewal currently submitted.

Consequently, we will not be moving forward with the assessment.

I find myself at a loss for words regarding the current situation. It is clear that the decision to schedule this vendor early next week was made with an understanding of their impending license expiration.

I had hoped that you would appreciate my statement during the MRI about the importance of trust and verification.

We will contact you once we have had the opportunity to reflect on the situation and reassess our approach. Given the recurrence of certain concerns, we hope that this time allows you to develop a constructive action plan.

Regards,

Virginia and Caleb Guess

On Thu, Jul 25, 2024 at 11:59 AM Tysinger, Lee <LTysinger@bbcgrp.com> wrote:

> Virginia,
>
> Your email from last night has been received. Please stand by for a response.
>
> Thank you,

7/29/24, 9:58 PM

**Lee Tysinger**
**Life Health Safety Service Manager** | Balfour Beatty Investments
T: 2[REDACTED]   | M: [REDACTED]   | E: ltysinger@bbcgrp.com

**Balfour Beatty**
Investments

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

---

**From:** Virginia Guess <[REDACTED]>
**Sent:** Wednesday, July 24, 2024 8:44 PM
**To:** Tysinger, Lee <LTysinger@bbcgrp.com>
**Cc:** Alonza.b.Johnson.mil@us.navy.mil; Busick, Jesse <JBusick@bbcgrp.com>; [REDACTED]; Collier, Courtney <CCollier@bbcgrp.com>; Maxwell, John <JMaxwell@bbcgrp.com>; Meredith, Dawn <DMeredith@bbcgrp.com>; Thorn, Dreamer <DThorn@bbcgrp.com>; antonella.c.deluca.civ@us.navy.mil; autumn.l.martinez.civ@us.navy.mil; charity.l.coffman2.civ@us.navy.mil; jeffrey.w.fluker.civ@us.navy.mil
**Subject:** Re: 1104 A MRI Request

Lee,

Could you please clarify whether Aces is exclusively focused on consulting during this evaluation or if they have the proper licensure to conduct remediation?

Additionally, I would appreciate if you could provide the name and license number of the employee who will be conducting the assessment. Due to misinformation that was confidently shared by your Facility Director and again during the MRI regarding K2 and Al's Mold Remediation Certification, I would like to verify this information independently. Furthermore, I would appreciate if you could provide details on the evaluation process and methodology that Aces has in place. Can you please provide this by Thursday afternoon (July 25th) for our review, so that we can provide you with ample notice of our availability window?

As outlined in my previous email, the mini-split unit has developed corrosion and mold within its interior, which exceeds the scope of a routine cleaning as a solution.

You are welcome to arrange for a technician to document and validate our observations and findings for your records as early as Friday, July 26th if you had not done so during the MRI, should you choose to do so. However, I must express that proceeding solely with a cleaning would be inadequate and counterproductive as a comprehensive solution.

In light of this, I am reiterating our request for a replacement.

To circle back as an example and to highlight my concerns and request- During the first MRI in April for the original work order it was advised, per Samantha Lyons and the notes she added to the MRI checklist, to have routine maintenance of the AC unit in the main housing system in the form of a coil cleaning and complimentary filter change.

After patiently waiting for a follow up to be scheduled, I had to take it upon myself to call in a separate work order. During the process there was never any mention of the blower fan being compromised nor was it reviewed by the technician because the only inspection and cause for concern that the former LHS Manager had was the state of the coils. To our knowledge, the unit had not been properly serviced for two years only inspected.

It was only after the third-party annual inspection by Motili was completed that we discovered the blower fan was contaminated with mold spores and an unknown wet black substance that was NOT fur. The plenum was also compromised and had to have holes taped over with AC foil.

If I had not taken the initiative to schedule my attendance for this inspection, I firmly believe that the original air handler unit in my residence would have remained unattended for an indeterminate period. In addition to the task list for which I am awaiting a response, could you kindly provide the records of inspections conducted by your third-party service over the past five years, similar to the manner in which you share your maintenance history? According to the QR code, the previous unit was installed in 2019. Hence why I'm requesting five years.

Regarding the attic and roof inspection, I will need to confer with my husband and our Navy representatives and get back to you by Friday morning.

We are kindly requesting you to provide tarps to prevent airborne fiberglass particles from adhering themselves to our furniture or items our children could touch or brush up against.

For better understanding of the history of our home, can you also provide the date the ducts were installed and when the insulation was replaced?

Thank you for the same day response to begin coordinating some movement to an otherwise stagnant situation.

Could we anticipate receiving a response to the outstanding action items by the close of business on Friday, July 26th?

Regards,

Virginia and Caleb Guess

On Wed, Jul 24, 2024 at 4:22 PM Tysinger, Lee <LTysinger@bbcgrp.com> wrote:

> Virginia,
>
> Your email was received. Please stand by for a response to your email and questions.
>
> I have a few questions as far as scheduling:

7/29/24, 9:58 PM

ACES will be on site starting Monday. We would like to get ACES in you r home to complete an evaluation. What day and time would be best? Preferably earlier in the week.

An A/C cleaning on the Mini split will need to take place. Please let me know a good day and time to schedule them to come inside your home.

An inspection of the attic space will be scheduled. What day would be best for you? This would need to be completed first thing in the morning due to excessive heat.

Roof Inspection – Please let us know a good day and time. Early in the day is best due to heat as well.

Thank you and a response will be coming to your email.

Thank you ,

**Lee Tysinger**
**Life Health Safety Service Manager** I Balfour Beatty Investments
T: ▮▮▮▮▮▮▮ I M: ▮▮▮▮▮▮▮ I E: ltysinger@bbcgrp.com



**Balfour Beatty**
**Investments**

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

---

**From:** Virginia Guess ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Wednesday, July 24, 2024 1:44 PM
**To:** Tysinger, Lee <LTysinger@bbcgrp.com>
**Cc:** Alonza.b.Johnson.mil@us.navy.mil; Busick, Jesse <JBusick@bbcgrp.com>; Collier, Courtney <CCollier@bbcgrp.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Thorn, Dreamer <DThorn@bbcgrp.com>; Meredith, Dawn <DMeredith@bbcgrp.com>; antonella.c.deluca.civ@us.navy.mil; autumn.l.martinez.civ@us.navy.mil; charity.l.coffman2.civ@us.navy.mil;

7/29/24, 9:58 PM

jeffrey.w.fluker.civ@us.navy.mil; Maxwell, John <JMaxwell@bbcgrp.com>
**Subject:** Re: 1104 A MRI Request

Responding to attach our Navy Housing Advocate team and their Rep Antonella Deluca, as well as Caleb's Senior Chief for documentation and tracking purposes.

On Wed, Jul 24, 2024 at 11:56 AM Virginia Guess <███████████████> wrote:

Lee,

I am writing to discuss the ongoing issues regarding the maintenance of our home. During the MRI held on Monday, July 15th, 2024, the following action items were discussed and will require further review and timeline confirmation:

1. An EHS ticket has been requested for the "bump out" room (master bedroom) due to staining and mold present in the drywall. Despite multiple attempts to contact you for an update, we have not received a response.

2. An attic inspection is needed to assess the integrity of the ducts and verify the correct connection of the exhaust system for the bathrooms.

3. AC lines/ducts need to be lifted for inspection, and documentation from the individual working in the attic will be required.

4. Mold remediation by a licensed contractor is needed in various areas of the house, including under the dining room window, the master bedroom wall, both bathroom ceilings and above the light fixtures, as well as bedrooms where proper documentation was not previously provided. Recently we have noticed there is also mold in the dining room vent and on the wall where the vent is located.

5. Repairs are necessary for:

-Kitchen ceiling and wall drywall repairs

-Stucco repairs; paint was a temp solution

-Window panes; to be advised on due to the water sitting in between windows

-Flooring in multiple rooms affected by water intrusion.

6. The mini-split unit in the master bedroom must be replaced due to corrosion and mold that cannot be removed through routine cleaning.

7/29/24, 9:58 PM

7. Drywall repairs are required in the pantry, linen closet, and behind the fridge- this has been scheduled with Ryan

8. A roof inspection

9. Exterior bush trimming

10. Duct cleaning with spray foam

In addition, we were disappointed by the lack of communication and professionalism observed during the previous round of repairs dated the beginning of February 2024 followed by an abrupt closure of our work order without so much as a walkthrough for quality assurance. The note submitted by Samantha Lyons was fraudulent, and we are now aware the lack of proper documentation was intentional.

We see there is no difference in this second attempt, and our patience has been taken advantage of.

It has been over a week and a half since we requested a work plan and a response to the EHS tickets, and we are growing increasingly frustrated by the lack of progress and communication. We have been promised such but have only received updates from Dawn and Ryan, which are not directly related to the necessary repairs for our home. We expect a prompt response and resolution to the issues outlined above.

Your urgent attention to this matter is appreciated as we have been dealing with these problems, as you are competently aware of (but I'll reiterate a fourth time), since February.

 Thank you for your attention to this matter.

Regards,

Virginia and Caleb Guess

On Wed, Jul 17, 2024 at 8:19 AM Tysinger, Lee <LTysinger@bbcgrp.com> wrote:

> Good Morning,
>
> When you have a chance, please send me all the information that you discussed during the

MRI.

We have had a couple very busy days and will be inputting all of the information from your MRI shortly.

Thank you,

**Lee Tysinger**
**Life Health Safety Service Manager** | Balfour Beatty Investments
T: [redacted]0 | M: [redacted] | E: ltysinger@bbcgrp.com

**Balfour Beatty**
**Investments**

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

---

**From:** Virginia Guess <[redacted]>
**Sent:** Thursday, July 11, 2024 4:21 PM
**To:** Tysinger, Lee <LTysinger@bbcgrp.com>
**Cc:** Busick, Jesse <JBusick@bbcgrp.com>; [redacted]; Meredith, Dawn <DMeredith@bbcgrp.com>
**Subject:** Re: 1104 A MRI Request

External Email

Lee,

Thank you for the follow up.

Monday afternoon at 3:30pm would work best.

Our best,

7/29/24, 9:58 PM

Virginia

On Thu, Jul 11, 2024 at 4:16 PM Tysinger, Lee <LTysinger@bbcgrp.com> wrote:

Good afternoon,

I just saw your voicemail and group text.

Please let me know a good day and time that we could schedule to complete the MRI. Then we can create a work plan to address the issues you are having in your home.

Thank you,

**Lee Tysinger**

**Life Health Safety Service Manager** I Balfour Beatty Investments

T:                   I M:                   I E: ltysinger@bbcgrp.com

1 Country View Road, Malvern, PA 19355

BalfourBeattyInvestments.com   I   🔗 LinkedIn

**Balfour Beatty**
**Investments**

**Build to Last**
Lean. Expert. Trusted. Safe. Sustainable.

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.