**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: KEY WEST NAS LITIGATION
CASE NO. 4:25-cv-10037

**District Judge David S. Leibowitz**
**Magistrate Judge Edwin G. Torres**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>**SUPPLEMENTAL AFFIDAVIT OF MAUREEN OMROD**</u>

I, Maureen Omrod, declare and state as follows:

1.      I have personal knowledge of the following facts, and if called to testify as a witness I would do so consistently herewith.

2.      I am the Senior Vice President, Marketing & Communications of Balfour Beatty Investments, Inc. ("BBI"). I have served in that role since April 2019.  In that role, I am responsible for overseeing BBI's corporate marketing and communications functions.

3.      I submit this Supplemental Affidavit in connection with BBI's Reply in Support of its Motion to Dismiss Plaintiffs' Master Complaint in the above-referenced lawsuit.

4.      As discussed in my prior declaration, *see* Affidavit of Maureen Omrod (Dkt. No. 161-13), references to "Balfour Beatty Investments" in the email signature blocks of Balfour Beatty Communities employees at Naval Air Station Key West ("NAS Key West") are not references to BBI.  "Balfour Beatty Investments" is not a distinct legal entity; rather, it is one of the three U.S. operating divisions or "brands" of Balfour Beatty plc (in addition to Balfour Beatty Construction and Balfour Beatty Infrastructure).

5.      A   true   and   correct   copy   of   Balfour   Beatty   plc's   website   at https://www.balfourbeatty.com/, listing "Balfour Beatty Investments" under a tab labeled "Specialist Brands," is attached as **Exhibit A** and excerpted below.



6.      A true and correct copy of the Balfour Beatty "Branded Emails & Business Cards Policy & Procedure" is attached as **Exhibit B** and excerpted below.  That document states that employees working in a non-corporate function and for military housing should use the "Balfour Beatty Communities" brand, not the "Balfour Beatty Investments" brand, in their emails and business cards.  The document clarifies that the "Balfour Beatty Investments" brand is to be used separately for certain corporate support function employees.

| Signature Name | Department/Role |
|---|---|
| Communities | • BBC Military, Multifamily or Student Housing property employees<br>• Renovation & Construction employees<br>• Military Project Development employees<br>• BBC leadership, Operations, Operation Assurance, Business Support, Learning & Development |
| Investments | • Corporate support function employees (Accounting, Ethics & Compliance, Environmental, Finance, Health & Safety, HR, IT, Legal, Marketing & Communications)<br>• P3 business employees |
| Campus Solutions | • BB Campus Solutions employees |

7.      A true and correct copy of Balfour Beatty's "Logos and Brand Standards Policy & Procedure" is attached as **Exhibit C**.  The document provides for procedures and guidelines for using branding and logos.  That document directs employees to a work webpage called "Marketing & Communications" to access logo files.

8.      A true and correct copy of the "Marketing & Communications" work webpage shows business logos, including the "Balfour Beatty Investments" and "Balfour Beatty Communities" logos, is attached as **Exhibit D** and excerpted below.



9.      While all Balfour Beatty employees are directed to comply with the applicable branding policies, the selection of email signatures is performed by the individual employees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2026.

By:   _Maureen Omrod_
Maureen Omrod

**Signature:** _Maureen Omrod_
Maureen Omrod (May 24, 2026 09:45:01 EDT)
**Email:** momrod@bbcgrp.com

# Omrod Supplemental Affidavit - 12(b)(2) Reply signed

Final Audit Report                                    2026-05-24

| | |
|---|---|
| Created: | 2026-05-24 |
| By: | Leslie Cohn (lcohn@bbcgrp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxQJBJgWCikg-DcN-R7cRVS3faflxHyZ6 |

## "Omrod Supplemental Affidavit - 12(b)(2) Reply signed" History

Document created by Leslie Cohn (lcohn@bbcgrp.com)
2026-05-24 - 2:03:54 AM GMT

Document emailed to Maureen Omrod (momrod@bbcgrp.com) for signature
2026-05-24 - 2:03:58 AM GMT

Email viewed by Maureen Omrod (momrod@bbcgrp.com)
2026-05-24 - 1:44:14 PM GMT

Document e-signed by Maureen Omrod (momrod@bbcgrp.com)
Signature Date: 2026-05-24 - 1:45:01 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-05-24 - 1:45:01 PM GMT

Adobe Acrobat Sign