# EXHIBIT A

Share price at 18:03    **795.00p**    Specialist Brands ⌃







industry to meet the
**challenges of the future**

**Always safe. Always reliable. Always improving lives.**

Find out more

‹ ›

# Latest



Press Release (RNS)

**Myles Westcott, Group Chief Financial officer, date of appointment**



Blog

**Balfour Beatty raises awareness of roadworker abuse on Good Morning Britain**



Blog

**Career growth at Balfour Beatty: Jwerea's development story**



Blog

**Balfour Beatty features in New Civil Engineer as part of Mental Health Awareness Week**

‹ ›

Share price at 18:03   **795.00p**

Specialist Brands ⌃



Balfour Beatty
Ground Engineering

Balfour Beatty
Investments

Balfour Beatty
Campus Solutions

Balfour Beatty
HOMES

Balfour Beatty
Kilpatrick

Balfour Beatty
Living Places

Balfour Beatty
Communities


Balvac
Balfour Beatty

Painter Brothers

BPH



## Our Building New Futures Sustainability Strategy



## Download our 2025 Annual Report and Accounts



## Five Minute Reads


0IEHMRK XLI 'LERKI
Balfour Beatty

02:58

### Leading the Change

Across the UK, US and beyond, we're delivering the infrastructure that matters most. In our growth markets – UK energy, transport and defence, and US buildings – our people are driving progress and leading the change that's shaping a better future. From powering communities, enabling net zero and keeping the country moving, to protecting the nation and building spaces where people, live, work and thrive – we're making a real impact and delivering real growth.



Watch on

‹   ›

Share price at 18:03   **795.00p**

Specialist Brands ∧



Balfour Beatty
Ground Engineering

Balfour Beatty
Investments

Balfour Beatty
Campus Solutions

Balfour Beatty
HOMES

Balfour Beatty
Kilpatrick

Balfour Beatty
Living Places

Balfour Beatty
Communities

Balvac
Balfour Beatty

Painter Brothers

BPH

| Legal | Privacy |
|---|---|
| Cookies | Accessibility |
| Fraud Warning | Modern Slavery |
| PPN 006 Carbon Reduction Plans | Site Index |

Is the UK set up to manage flood risk effectively at a local level? At UKREiiF, we brought together senior voices from across government, industry and regional authorities for our roundtable discussion: Flood Risk in a Devolved UK. The session was chaired... Click to read more

‹   ›