# EXHIBIT B

| **Balfour Beatty** | **BRANDED EMAILS & BUSINESS CARDS POLICY & PROCEDURE** | |
|---|---|---|
| **Version Publication Date:** | **Version Number:** | **Policy Number:** |
| 05/31/2024 | 1 | 1470 |
| *This document contains confidential and proprietary information of Balfour Beatty Investments, Inc. and its affiliates. Neither this document nor its contents should be disclosed to others or reproduced or used without prior written permission.* | | |

## CONTENTS

Purpose ...........................................................................................................................................1

Why We Care ..................................................................................................................................1

Intended Users ...............................................................................................................................1

Email Signatures ............................................................................................................................1

Business Cards ...............................................................................................................................5

Resources .......................................................................................................................................6

Contact ...........................................................................................................................................6

## PURPOSE

This policy and procedure establishes standards and outlines the process for creating email signatures and ordering business cards.

## WHY WE CARE

Compliance with this policy and procedure ensures that Balfour Beatty employees represent the Company in a manner consistent with the Company's brand standards.

> Failure to comply with our Balfour Beatty Code of Ethics and Balfour Beatty policies and procedures may result in corrective action or other forms of discipline, including suspension or termination from employment. Employees are required (and have a responsibility) to report any conduct or activity that the employee believes may give rise to legal or ethical problems or violates the law. Balfour Beatty expressly prohibits any form of retaliation against employees who, in good faith and for lawful purposes, report, cause to be reported, or assist in the investigation of suspected improper, unethical, or illegal conduct or activities by anyone at the Company.

## INTENDED USERS

This policy and procedure applies to all Balfour Beatty employees.

## EMAIL SIGNATURES

### Duties

| Role | Responsibility |
|---|---|
| **Employees** | • Ensure email signature software (Templafy) is installed on your computer and is operating properly. |

| | • Setup user profile and keep information up to date. |
|---|---|
| **Marketing Team** | • Manage email signature software (Templafy) settings to ensure compliance with Company brand standards. |

## Standards

1) All employees with Company email are required create an email signature in line with Company brand standards.
2) Employees with computers have Templafy email signature software installed in their Outlook Desktop to facilitate the creation of email signatures aligned with the Company's established format for each brand.
   a) Once employees set up their user profiles, their email signatures will automatically attach to all new, reply, and forwarded messages.
   b) Employees who work at multiple properties or have unique customizations can toggle their signature to multiple property locations and/or override default addresses if needed.
   c) Templafy software also allows the Company to append special messaging and graphics to email signatures in support of various program campaigns and promotions. These special campaigns will appear below the standard email signature block and are managed by the **Marketing Team**.
   d) Employees who do not have Templafy available on their Outlook Desktop need to submit an IT Support ticket to get this issue resolved.
3) Email signatures for the Outlook Mobile App and Outlook Web App need to be set up manually in line with the Company's established format for each brand.
4) No adjustments should be made to the standard email formatting, including font type, text size, colors or graphics. No additional graphics or text should be added to email signatures unless approved by the Marketing Team.

## CREATE OUTLOOK DESKTOP EMAIL SIGNATURE

1) Employees using Outlook Desktop are required to create a standard email signature using the below steps:
2) When you open Outlook, an automatic prompt to set up a new Outlook Templafy email signature should appear. Click 'Continue.'
   a) If this prompt does not appear, launch the Templafy desktop app from the Windows Start menu. If Templafy is not listed under 'All Programs' in the start menu, restart the computer. If prompted with 'More Information Required,' click 'Next' to continue setup.
   b) Set up your profile with your personal information.
   c) Select 'Investments,' 'Communities,' or 'Campus Solutions' from the 'Company' drop-down list based on the division that you work for. This step is critical to ensure the correct logo populates in your signature. See the table below for additional information.

| Signature Name | Department/Role |
|---|---|
| **Communities** | • BBC Military, Multifamily or Student Housing property employees<br>• Renovation & Construction employees<br>• Military Project Development employees<br>• BBC leadership, Operations, Operation Assurance, Business Support, Learning & Development |
| **Investments** | • Corporate support function employees (Accounting, Ethics & Compliance, Environmental, Finance, Health & Safety, HR, IT, Legal, Marketing & Communications)<br>• P3 business employees |
| **Campus Solutions** | • BB Campus Solutions employees |

d) Select your 'Office' location from the drop-down list. If your office is not listed, please submit a service desk ticket to IT.

| Department/Role | Location |
|---|---|
| **BBC property employees** | • Select your specific property location. |
| **BBC non-property employees** (**Operations, Business Support, RFDs/RPDs, VPs, Project Directors, etc.**) | • Select Corporate Malvern, Renovation & Construction, ROC Glendale, ROC Dallas as appropriate |
| **Investments and Campus Solutions employees** | • Office location will default to 'Malvern.' |

e) Enter your personal contact information.
  • Leave the 'fax number' field blank, as fax machines are no longer used.
  • If you do not have a mobile number, leave this field blank.
  • 'Credentials' is an optional field where employees can insert relevant academic or professional qualifications or certifications that should be listed in the signature.

f) The 'Override Office Address with Project Address' field determines what address will populate in your email signature.
  • Select 'No' to automatically apply the standard address on file for the selected Office location. Most employees will use this option.
  • Select 'Yes' if you operate out of an office address that does not match what we have on file for the selected Office location. Once selected, manually enter your address in the 'Project Address 1' field.
  • Select 'Do not show address at all' if you do not operate out of a BB office and do not want an address to appear in your email signature.

g) Once all personal contact information has been entered, select 'Preview Email Signatures.'

h) Review your contact information for accuracy in the preview box, then click 'Finish Setup.'
  • To go back to edit your signature, click the 'Edit' button in the bottom right corner.

i) The email signature block will automatically populate when you create a new email or reply to or forward an email in Outlook on your desktop.


## EDIT EXISTING OUTLOOK DESKTOP EMAIL SIGNATURE

1) Employees can make edits to their email signatures by following the steps below:
  a) Navigate to the 'Home' tab on the Outlook toolbar and click the 'Edit Email Signatures' Templafy icon.

b) Select the arrow next to your user profile in the bottom left-hand corner of the screen, then click 'Edit' next to the corresponding user profile.

c) Update the user profile as desired and click 'Save' when finished.

## CREATE MULTIPLE USER PROFILES FOR OUTLOOK DESKTOP EMAIL SIGNATURE

1) Employees can create additional user profile email signatures by following the steps below:

a) Navigate to the 'Home' tab on the Outlook toolbar and click on the 'Edit Email Signatures' Templafy icon.

b) Select the arrow next to your user profile in the bottom left-hand corner of the screen, then select 'Manage User Profiles.'

c) Click the vertical dots icon next to the 'Close' button.

d) Select 'Add User Profile'.

e) Create an additional user profile as desired and click 'Save' when finished.

## CREATE OUTLOOK WEBMAIL EMAIL SIGNATURE

1) Employees using Outlook Web App are required to create a standard email signature using the below steps:

a) Navigate to the 'Outlook Web App' using a web browser and sign in.

b) Select 'Settings' in the top right of the navigation bar.

c) Click 'Mail' and then 'Compose and reply' from the menu bars on the left.

d) Type your email signature.

i) Web App signatures should utilize a simple text-only approach, following the example below. No images should be used in Outlook Web App signatures.

(a) Name
Job Title
Company Name
xxx-xxx-xxxx
email@bbcgrp.com
website.com

e) Check the boxes next to 'Automatically include my signature on messages I compose' and 'Automatically include my signature on messages I forward or replay to' if you want your signature to display at the bottom of all outgoing items, including replies and forwards.

i) If you don't select this option, you can manually add your signature to any message by selecting the 'More' icon at the top of your email message and then select 'Insert Signature.'

## CREATE OUTLOOK MOBILE APP EMAIL SIGNATURE

1) Employees using the Outlook Mobile App should create an email signature using the below steps:

a) In the app, click on your profile image/icon to open the main menu, and click on the gear icon in the lower right to access the 'Settings' menu.

b) Click on 'Signature'.

c) In the field shown, type your signature information in line with the sample below (note the field may show preloaded text that you can delete):

i) Name
Job Title
Company Name
xxx-xxx-xxxx

        email@bbcgrp.com
        website.com

    d)  Save your settings by clicking the checkmark in the upper right corner.

# BUSINESS CARDS

## Duties

| Role | Responsibility |
| --- | --- |
| **Employees** | • Place orders for printed business cards as appropriate.<br>• Process invoices. |
| **BBC Operations Directors/ Community Managers** | • Ensure property aways has a supply of General Property Contact Cards for employee use. |

## Standards

1) Business cards for all Company divisions, as well as properties, must be purchased through the Company's Printed Collateral & Stationery Store to ensure they meet the Company's brand standards and quality expectations.

2) Not all positions or job roles require business cards. Employees should evaluate their need for a printed business card before ordering. Regarding property roles, generally just managers (Operations Directors, Facility Directors, Community Managers, Maintenance Supervisors/Managers) require printed business cards.

3) Employees should carefully review the information and options shown in the online store to ensure they order the correct business card format for their division/property and position.

4) All Military/Student properties should always have a supply of General Property Contact Cards for use by employees who do not have personalized printed business cards. The General Property Contact Card features the property logo, main office phone number, maintenance number, general leasing email address, website URL and main office address. It also includes an area where employees can write in their specific contact information, such as their name, email or mobile number, when they have a need to provide someone with printed contact information.

5) Branded digital business card templates are available in Canva and can be customized for employee use. Digital business cards should only be used and distributed electronically. The digital layout should never be printed.

6) Please reference The Hub: Marketing & Communications - Branded Materials...Business Cards for detailed information about printed business cards, and about creating and accessing digital business cards.

# HOW TO ORDER: PROPERTY EMPLOYEES

1) Log in to the Printed Collateral & Stationery Store using the property leasing email address as the username and 'Balfourprint' as the password.

2) See the Printed Collateral & Stationery Store User Guide for detailed step-by-step instructions on ordering business cards.

3) After the order ships, Vendor invoices are sent via email to the property's general leasing address and the Operations Director/Community Manager's address.

4) Sites are responsible for processing invoices in a timely manner.

## HOW TO ORDER: NON-PROPERTY EMPLOYEES

1) Employees in eligible positions are responsible for ordering their own personalized, printed business cards through the Printed Collateral & Stationery Store.

2) When placing an order for the first time, employees will need to create an account. The username should be set as your work email address and your password will be whatever you choose.

3) Vendor invoices are sent via email after the order ships.

4) Employees are responsible for processing invoices in a timely manner.

## RESOURCES

| Resources/Attachments | Location/Link |
|---|---|
| The Hub – Email Signatures | The Hub: Email Signatures |
| The Hub – Marketing & Communications – Branded Materials, Logos, Templates – Business Cards | The Hub: Marketing & Communications - Branded Materials...Business Cards |
| Printed Collateral & Stationery Store | Printed Collateral & Stationery Store |
| Printed Collateral & Stationery Store User Guide | Printed Collateral & Stationery Store User Guide |
| Project Request Form (PRF) | Project Request Form |
| Canva | https://www.canva.com/ |
| Branded Emails & Business Cards - Risk Assessment Worksheet | Branded Emails & Business Cards - Risk Assessment Worksheet |

## CONTACT

- For questions regarding the policy, please email Marketingdept@bbcgrp.com.
- Policy Owner: Kristin Rodgers