# EXHIBIT C

| **Balfour Beatty** | **LOGOS AND BRAND STANDARDS POLICY & PROCEDURE** | | |
|---|---|---|---|
| **Version Publication Date:** | | **Version Number:** | **Policy Number:** |
| 05/31/2024 | | 1 | 1477 |

*This document contains confidential and proprietary information of Balfour Beatty Investments, Inc. and its affiliates. Neither this document nor its contents should be disclosed to others or reproduced or used without prior written permission.*

## CONTENTS

Purpose .................................................................................................................................. 1

Why We Care ......................................................................................................................... 1

Intended Users ...................................................................................................................... 1

Logos, Emblems, and Other Branded Elements .................................................................. 1

Resources .............................................................................................................................. 2

Contact .................................................................................................................................. 3

## PURPOSE

This policy and procedure establishes the standards and procedures for using and developing Company logos and branded elements for external and internal Company use.

## WHY WE CARE

Compliance with this policy and procedure ensures that the use of logos, emblems, or other branded elements adheres to Balfour Beatty's strictly enforced brand standards and logo guidelines.

> Failure to comply with our Balfour Beatty Code of Ethics and Balfour Beatty policies and procedures may result in corrective action or other forms of discipline, including suspension or termination from employment. Employees are required (and have a responsibility) to report any conduct or activity that the employee believes may give rise to legal or ethical problems or violates the law. Balfour Beatty expressly prohibits any form of retaliation against employees who, in good faith and for lawful purposes, report, cause to be reported, or assist in the investigation of suspected improper, unethical, or illegal conduct or activities by anyone at the Company.

## INTENDED USERS

This policy and procedure applies to all Balfour Beatty employees as well as any third-party vendors.

## LOGOS, EMBLEMS, AND OTHER BRANDED ELEMENTS

### Duties

| Role | Responsibility |
|---|---|
| **Employees** | • Use logos, emblems, or other branded elements provided by the Marketing Team or accessed through official BB resources.<br>• Use the above in accordance with BB brand guidelines.<br>• Coordinate the development of new logos, emblems, or other branded elements with the Marketing Team. |

| Marketing Team | • Make official logo files, emblems, and other branded elements available to employees and third-party vendors.<br>• Publish Balfour Beatty brand guidelines.<br>• Manage the development of new logos and branding efforts. |
| --- | --- |

## Standards

1) Logos, emblems, and other branded elements that represent our businesses, properties, internal or external programs, initiatives, or platforms must be used in accordance with the Company's Brand Guidelines.
2) Employees are required to review the following standards and guidelines prior to using Company logos or branded elements in any materials:
   a) Brand Standards and Logo Guidelines
   b) Military Property Brand Standards
   c) Multifamily Property Brand Standards, and
   d) Student Property Brand Standards.
3) Logos are graphic representations or symbols of company names, trademarks, abbreviations, etc., often uniquely designed for ready recognition.

   a) Company or property logo files are typically available in full-color, all-black, and all-white formats, with guidance provided for when each format is appropriate.
4) Emblems are symbols that give a visual identity to certain initiatives, including company or program logos (e.g., Balfour Beatty Policy Center, Balfour Beatty Learning) or initiatives (e.g., Zero Harm).
5) All materials/platforms should only use logo files, emblems, or other branded elements supplied by the Marketing Team or official Company resources.
6) Never adjust any logo, emblem, or branded element's color, design, or format (including font).
7) All new logos, emblems, or other branded elements must be developed in coordination with the Marketing Team.
8) The BBC name/logo should not be used as the lead brand for any property operations, including property and leasing office signage, marketing/leasing materials, vehicle branding, uniforms, or resident communication material.

## PROCEDURES FOR USING COMPANY/PROPERTY LOGOS

1) Logo files are available on the Marketing & Communication site on The Hub. To download logo files, navigate to the 'Branded Materials, Logos, Templates' section. Remember to review the Company's Brand Guidelines prior to using a logo in any material.
2) Some professional print vendors will require logos to be provided in a vector (EPS/AI) format. Please contact the Marketing Team for assistance with these requests.

## PROCEDURES FOR CREATING NEW LOGOS OR OTHER BRANDED ELEMENTS

1. Contact the Marketing Team or complete a Project Request Form to initiate the development of a new logo or branding.

## RESOURCES

| Resource/Attachment | Location/Link |
| --- | --- |
| The Hub: Logos | The Hub: Logos |
| The Hub: Brand Guidelines | The Hub: Brand Guidelines |
| Project Request Form | Project Request Form |
| Logos and Brand Standards – Risk Assessment Worksheet | Logos and Brand Standards - Risk Assessment Worksheet |

## CONTACT

- For questions regarding this policy, please contact [marketingdept@bbcgrp.com](mailto:marketingdept@bbcgrp.com).
- Policy Owner: Kristin Rodgers