**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

In Re: NAS KEY WEST LITIGATION

CASE NO. 4:25-CV-10037

**District Judge David S. Leibowitz
Magistrate Judge Edwin G. Torres**

_____/

THIS DOCUMENT RELATES TO: ALL CASES

<u>**NOTICE OF FILING OF PLAINTIFFS' FIRST AMENDED MASTER COMPLAINT**</u>

Pursuant to this Court's Case Management Order No. 1, dated March 30, 2026 (Doc. 152) ("CMO"), directing Plaintiffs to file an amended Master Complaint, *see* CMO at 11, Plaintiffs respectfully submit the attached First Amended Master Complaint ("FAMC"). Plaintiffs also submit this notice summarizing how the FAMC differs from the Second Amended Complaint ("SAC") filed on March 6, 2026 (Doc. 136). The FAMC does not differ in substance from the SAC, and, with the exception of the claim for Intentional Infliction of Emotional Distress ("IIED") that this Court dismissed in its May 14, 2026 Order on Defendants' Rule 12(b)(6) motion (Doc. 171) ("Order"), states the exact same claims as the SAC. The FAMC does reflect the following revisions to the SAC:

1. **Introductory Matter and References to Forthcoming Short-Form Complaints.** The FAMC includes, on pages 1–2, a few introductory paragraphs noting the authority under which the FAMC is being filed and briefly describing the relationship between the FAMC and the individual Short-Form Complaints that will be filed in accordance with the CMO. *See, e.g.*, CMO at 3–4, 11. Along similar lines, the FAMC includes additional cross-references to the forthcoming Short-Form Complaints. *See, e.g.*, FAMC ¶¶ 1, 246, 254, 296, 313, 325, 336, 369, 379, 388.

2.    **Removal of Individual Family Narratives and Related Revisions.** In accordance with Plaintiffs' understanding of the procedure adopted by the Court in the CMO, and the Court's comments during the March 27 hearing, *see, e.g.*, Tr. at 26:15–27:10, the FAMC does not include individual Family Narratives.[1] In light of the removal of the detailed factual allegations in those narratives—many of which will instead be pled in connection with the forthcoming Short-Form Complaints—the FAMC adds several short allegations summarizing the nature of Defendants' alleged fraudulent and deceptive conduct. *See* FAMC ¶¶ 204, 208. And the FAMC removes references in the Counts to the Figueroa Plaintiffs, referring instead to "Non-Resident Plaintiffs." *See, e.g., id*. at p. 6 n.1; *id*. ¶¶ 236, 244, 399–403, 407–14, 418–23.

3.    **IIED Count**: In accordance with the Court's Order, the FAMC drops the IIED claim that was pled as Count VI in the SAC. To avoid confusion, the FAMC does not renumber the remaining counts, but simply leaves Count VI blank. In addition, Plaintiffs do not plan to include IIED claims in their forthcoming Short-Form Complaints.  Plaintiffs do reserve their rights, including their appellate rights, relating to the Court's disposition of their IIED claim.

DATED: May 27, 2026.                       Respectfully submitted,

*/s/ Robert J. McKee*
Robert J. McKee
Florida Bar No.: 972614
THE MCKEE LAW GROUP, LLC
2800 South Flamingo Road
Davie, Florida 33330
Tel: (954) 888-9877
Fax: (954) 217-0150
Email: rmckee@themckeelawgroup.com

---

[1] In order to avoid complications that could conceivably arise if there were a temporal gap in which the only operative pleading fails to name individual Plaintiffs, the FAMC continues to include allegations identifying those Plaintiffs who were named in the SAC. *See, e.g.*, FAMC ¶¶ 14–92. Should the Court desire, Plaintiffs would be willing, once the Short-Form Complaints are on file, to file an amended Master Complaint removing those allegations.

Kristina Baehr*
Christopher LaCour*
**JUST WELL LAW, PLLC**
2606 W. 8th Street, Units 1-2
Austin, Texas 78703
Tel: (512) 693-8029
Email: Kristina@well.law
Email: Chris@well.law
Email: Militaryhousing-lit_PLslistserv@well.law

Vincent J. Colatriano*
Michael Weitzner*
COOPER & KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: 202-220-9600
Fax: 202-220-9601
Email: vcolatriano@cooperkirk.com
Email: mweitzner@cooperkirk.com


*Pro Hac Vice*

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on all counsel of record via the U.S. District Court's CM/ECF electronic filing system on May 27, 2026.

*/s/ Robert McKee*
Robert McKee
Florida Bar No. 972614

3