**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: KEY WEST NAS LITIGATION
CASE NO. 4:25-cv-10037

**District Judge David S. Leibowitz**
**Magistrate Judge Edwin G. Torres**

**Jury Trial Requested**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**ANSWER OF DEFENDANTS BALFOUR BEATTY COMMUNITIES, LLC,
BALFOUR BEATTY MILITARY HOUSING MANAGEMENT LLC, BBC MILITARY
HOUSING – NAVY SOUTHEAST LLC, AND SOUTHEAST HOUSING LLC TO FIRST
AMENDED MASTER COMPLAINT**

Defendants Balfour Beatty Communities, LLC ("Balfour Beatty Communities" or

"BBC"), Balfour Beatty Military Housing Management LLC ("Balfour Beatty Management"),

BBC Military Housing – Navy Southeast LLC ("BBC-NSE"), and Southeast Housing LLC

("Southeast Housing"),[1] (collectively, the "Defendants") by their undersigned attorneys and for

their Answer and Affirmative Defenses to Plaintiffs' First Amended Master Complaint (Dkt. No.

175) (the "Master Complaint"), state as follows:

**NATURE OF THE ACTION**

1.      Paragraph 1 of the Master Complaint largely contains statements and overtures by

counsel to which no response is required. As to the allegations contained in Paragraph 1 of the

Master Complaint, Defendants state that the plea agreement entered into between the United States

---

[1] Balfour Beatty Investments, Inc., has moved to dismiss Plaintiffs' Master Complaint in its
entirety for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). No
further response to the Master Complaint is required from this Defendant at this time.  All
Defendants reserve the right to seek to amend and/or supplement their Answer as may be
appropriate.

1

and Balfour Beatty Communities on or about December 22, 2021 (the "Plea Agreement"), including the supporting factual basis therefor, speaks for itself, and deny any allegations inconsistent therewith. As to the remaining allegations contained in Paragraph 1 specific to the Plaintiffs in this case, Defendants deny.

2.      Paragraph 2 of the Master Complaint largely contains statements and overtures by counsel to which no response is required. To the extent that a response is deemed required, Defendants deny.

3.      Paragraph 3 of the Master Complaint largely contains statements and overtures by counsel, as well as legal conclusions, to which no response is required. To the extent that a response is deemed required, Defendants deny.

4.      Paragraph 4 of the Master Complaint largely contains statements and overtures by counsel to which no response is required. To the extent that a response is deemed required, Defendants deny.

5.      Paragraph 5 of the Master Complaint largely contains statements and overtures by counsel to which no response is required. To the extent that a response is deemed required, Defendants deny.

6.      As to the allegations contained in Paragraph 6 of the Master Complaint, Defendants admit.

7.      Paragraph 7 of the Master Complaint largely contains statements and overtures by counsel, as well as legal conclusions, to which no response is required. To the extent that a response is deemed required, Defendants deny.

8.     As to the allegations in Paragraph 8 of the Master Complaint, Defendants admit that BBC-NSE contracted with the United States to provide housing for United States military members and their families. As to the remaining allegations in Paragraph 8, Defendants deny.

9.     As to the allegations contained in Paragraph 9 of the Master Complaint, Defendants deny.

10.     As to the allegations contained in Paragraph 10 of the Master Complaint, Defendants deny.

11.     Paragraph 11 of the Master Complaint largely contains statements and overtures by counsel to which no response is required. To the extent that a response is deemed required, Defendants deny.

12.     Paragraph 12 of the Master Complaint largely asserts legal conclusions to which no response is required.  As to the allegations regarding Plaintiffs' health problems and/or mental state, Defendants lack knowledge or information sufficient to form a belief about the truth of those allegations and therefore deny.  As to the remaining allegations contained in Paragraph 12 of the Master Complaint, Defendants deny.

13.     Paragraph 13 of the Master Complaint largely contains statements and overtures by counsel, as well as legal conclusions, to which no response is required. To the extent that a response is deemed required, Defendants deny.

## THE PARTIES

14.     As to the allegations contained in Paragraph 14 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

15.     As to the allegations contained in Paragraph 15 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

16.     As to the allegations contained in Paragraph 16 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

17.     As to the allegations contained in Paragraph 17 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

18.     As to the allegations contained in Paragraph 18 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

19.     As to the allegations contained in Paragraph 19 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

20.     As to the allegations contained in Paragraph 20 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

21.     As to the allegations contained in Paragraph 21 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

22.     As to the allegations contained in Paragraph 22 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

23.     As to the allegations contained in Paragraph 23 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

24.     As to the allegations contained in Paragraph 24 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

25.     As to the allegations contained in Paragraph 25 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

26.     As to the allegations contained in Paragraph 26 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

27.   As to the allegations contained in Paragraph 27 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

28.   As to the allegations contained in Paragraph 28 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

29.   As to the allegations contained in Paragraph 29 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

30.   As to the allegations contained in Paragraph 30 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

31.   As to the allegations contained in Paragraph 31 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

32.   As to the allegations contained in Paragraph 32 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

33.   As to the allegations contained in Paragraph 33 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

34.   As to the allegations contained in Paragraph 34 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

35.   As to the allegations contained in Paragraph 35 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

36.   As to the allegations contained in Paragraph 36 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

37.   As to the allegations contained in Paragraph 37 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

38.     As to the allegations contained in Paragraph 38 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

39.     As to the allegations contained in Paragraph 39 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

40.     As to the allegations contained in Paragraph 40 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

41.     As to the allegations contained in Paragraph 41 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

42.     As to the allegations contained in Paragraph 42 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

43.     As to the allegations contained in Paragraph 43 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

44.     As to the allegations contained in Paragraph 44 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

45.     As to the allegations contained in Paragraph 45 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

46.     As to the allegations contained in Paragraph 46 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

47.     As to the allegations contained in Paragraph 47 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

48.     As to the allegations contained in Paragraph 48 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

49.     As to the allegations contained in Paragraph 49 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

50.     As to the allegations contained in Paragraph 50 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

51.     As to the allegations contained in Paragraph 51 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

52.     As to the allegations contained in Paragraph 52 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

53.     As to the allegations contained in Paragraph 53 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

54.     As to the allegations contained in Paragraph 54 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

55.     As to the allegations contained in Paragraph 55 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

56.     As to the allegations contained in Paragraph 56 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

57.     As to the allegations contained in Paragraph 57 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

58.     As to the allegations contained in Paragraph 58 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

59.     As to the allegations contained in Paragraph 59 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

60. As to the allegations contained in Paragraph 60 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

61. As to the allegations contained in Paragraph 61 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

62. As to the allegations contained in Paragraph 62 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

63. As to the allegations contained in Paragraph 63 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

64. As to the allegations contained in Paragraph 64 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

65. As to the allegations contained in Paragraph 65 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

66. As to the allegations contained in Paragraph 66 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

67. As to the allegations contained in Paragraph 67 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

68. As to the allegations contained in Paragraph 68 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

69. As to the allegations contained in Paragraph 69 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

70. As to the allegations contained in Paragraph 70 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

71. As to the allegations contained in Paragraph 71 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

72. As to the allegations contained in Paragraph 72 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

73. As to the allegations contained in Paragraph 73 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

74. As to the allegations contained in Paragraph 74 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

75. As to the allegations contained in Paragraph 75 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

76. As to the allegations contained in Paragraph 76 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

77. As to the allegations contained in Paragraph 77 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

78. As to the allegations contained in Paragraph 78 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

79. As to the allegations contained in Paragraph 79 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

80. As to the allegations contained in Paragraph 80 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

81. As to the allegations contained in Paragraph 81 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

82.     As to the allegations contained in Paragraph 82 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

83.     As to the allegations contained in Paragraph 83 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

84.     As to the allegations contained in Paragraph 84 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

85.     As to the allegations contained in Paragraph 85 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

86.     As to the allegations contained in Paragraph 86 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

87.     As to the allegations contained in Paragraph 87 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

88.     As to the allegations contained in Paragraph 88 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

89.     As to the allegations contained in Paragraph 89 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

90.     As to the allegations contained in Paragraph 90 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

91.     As to the allegations contained in Paragraph 91 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

92.     As to the allegations contained in Paragraph 92 of the Master Complaint, Defendants do not have sufficient information to either admit or deny and therefore deny.

93.     As to the allegations contained in Paragraph 93 of the Master Complaint, Defendants admit.

94.     As to the allegations contained in Paragraph 94 of the Master Complaint, Defendants state that the membership of the entities in question are fully described in the applicable project agreements which speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 94.

95.     As to the allegations contained in Paragraph 95 of the Master Complaint, Defendants admit the allegations in the first three sentences and deny the remaining allegations of Paragraph 95.

96.     As to the allegations contained in Paragraph 96 of the Master Complaint, Defendants deny.

97.     As to the allegations contained in Paragraph 97 of the Master Complaint, Defendants state that the membership of the entities in question are fully described in the applicable corporate formation documents, which speak for themselves, and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 97.

98.     As to the allegations contained in Paragraph 98 of the Master Complaint, Defendants admit.

99.     As to the allegations contained in Paragraph 99 of the Master Complaint, Defendants admit.

100.     As to the allegations contained in Paragraph 100 of the Master Complaint, Defendants admit.

101.     To the extent that Paragraph 101 contains legal conclusions,  no response is required.  Defendants deny the remaining allegations in Paragraph 101.

## JURISDICTION AND VENUE

102.     As to the allegations contained in Paragraph 102 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

103.     As to the allegations contained in Paragraph 103 of the Master Complaint, Defendants state that the documents referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 103.

104.     As to the allegations contained in Paragraph 104 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

105.     As to the allegations contained in Paragraph 105 of the Master Complaint, Defendants admit that the Court may properly exercise jurisdiction over Balfour Beatty Communities, Balfour Beatty Management, BBC-NSE, and Southeast Housing. Defendants affirmatively state the Court cannot properly exercise jurisdiction over Balfour Beatty Investments, Inc. The remaining allegations contained in Paragraph 105 constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## FACTUAL ALLEGATIONS

106.     As to the allegations contained in Paragraph 106 of the Master Complaint, Defendants state that the Military Housing Privatization Initiative ("MHPI") speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 106 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

107.     As to the allegations contained in Paragraph 107 of the Master Complaint, Defendants state that the Military Housing Association's website speaks for itself and deny any allegations inconsistent therewith.

108.     As to the allegations contained in Paragraph 108 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 108 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

109.     As to the allegations contained in Paragraph 109 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 109 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

110.     As to the allegations contained in Paragraph 110 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 110 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

111.     As to the allegations contained in Paragraph 111 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 111 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

112.     As to the allegations contained in Paragraph 112 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 112 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

113. As to the allegations contained in Paragraph 113 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 113 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

114. As to the allegations contained in Paragraph 114 of the Master Complaint, Defendants state that the MHPI speaks for itself and deny any allegations inconsistent therewith.

115. As to the allegations contained in Paragraph 115 of the Master Complaint, Defendants deny.

116. As to the allegations in Paragraph 116 of the Master Complaint, Defendants admit that Balfour Beatty plc ("BBPLC") does not directly control MHPI business in the United States and that BBPLC has numerous subsidiaries. Defendants deny the remaining allegations of Paragraph 116.

117. As to the allegations contained in Paragraph 117 of the Master Complaint, Defendants admit.

118. As to the allegations contained in Paragraph 118 of the Master Complaint, Defendants admit.

119. As to the allegations contained in Paragraph 119 of the Master Complaint, Defendants deny.

120. As to the allegations contained in Paragraph 120 of the Master Complaint, Defendants deny.

121. As to the allegations contained in Paragraph 121 of the Master Complaint, Defendants deny.

122.    As to the allegations contained in Paragraph 122 of the Master Complaint, Defendants deny.

123.    As to the allegations contained in Paragraph 123 of the Master Complaint, Defendants state that the websites referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 123.

124.    As to the allegations contained in Paragraph 124 of the Master Complaint, Defendants state that the website referenced therein speaks for itself and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 124.

125.    As to the allegations contained in Paragraph 125 of the Master Complaint, Defendants admit that Balfour Beatty Investments, Inc., is the investment ownership vehicle with respect to some MHPI housing in the United States. Defendants deny the remaining allegations of Paragraph 125.

126.    As to the allegations contained in the first sentence of Paragraph 126 of the Master Complaint, Defendants admit. As to the allegations contained in the last sentence of Paragraph 126, Defendants state that the website referenced therein speaks for itself and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 126.

127.    As to the allegations contained in Paragraph 127 of the Master Complaint, Defendants admit that BBC and Balfour Beatty Investments, Inc., share the described business departments. Defendants deny the remaining allegations of Paragraph 127.

128.    As to the allegations contained in Paragraph 128 of the Master Complaint, Defendants admit that BBC and Balfour Beatty Investments, Inc., share or at one point have shared the common officers specified in Paragraph 128. Defendants deny the remaining allegations of Paragraph 128.

129.     As to the allegations contained in Paragraph 129 of the Master Complaint, Defendants state that the document referenced therein speaks for itself and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 129.

130.     As to the allegations contained in Paragraph 130 of the Master Complaint, Defendants state that the website referenced therein speaks for itself and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 130.

131.     As to the allegations contained in Paragraph 131 of the Master Complaint, Defendants state that the documents referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 131.

132.     As to the allegations contained in Paragraph 132 of the Master Complaint, Defendants admit Ms. Cohn testified in Florida state court in 2013 regarding a tax status dispute involving Southeast Housing and BBC-NSE. Defendants state that Ms. Cohn's testimony speaks for itself and deny the remaining allegations of Paragraph 132.

133.     As to the allegations contained in Paragraph 133 of the Master Complaint, Defendants state that Balfour's Mold Management Policy speaks for itself and deny the remaining allegations of Paragraph 133.

134.     As to the allegations contained in Paragraph 134 of the Master Complaint, Defendants deny.

135.     As to the allegations contained in Paragraph 135 of the Master Complaint, Defendants state the policy referenced therein speaks for itself and deny any allegations inconsistent therewith.  Defendants deny the remaining allegations of Paragraph 135.

136.     As to the allegations contained in Paragraph 136 (and each of its Subparagraphs) of the Master Complaint, Defendants deny.

137.     As to the allegations contained in Paragraph 137 of the Master Complaint, Defendants deny.

138.     As to the allegations contained in Paragraph 138 of the Master Complaint, Defendants deny.

139.     As to the allegations contained in Paragraph 139 of the Master Complaint, Defendants admit.

140.     As to the allegations contained in Paragraph 140 of the Master Complaint, Defendants admit.

141.     As to the allegations contained in Paragraph 141 of the Master Complaint, Defendants deny.

142.     As to the allegations contained in Paragraph 142 of the Master Complaint, Defendants admit.

143.     As to the allegations contained in Paragraph 143 of the Master Complaint, Defendants admit.

144.     The allegations contained in Paragraph 144 of the Master Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.  Defendants deny the remaining allegations contained in Paragraph 144 of the Master Complaint.

145.     As to the allegations contained in Paragraph 145 of the Master Complaint, Defendants admit.

146.     As to the allegations contained in Paragraph 146 of the Master Complaint, Defendants deny.

147.    As to the allegations contained in Paragraph 147 of the Master Complaint, Defendants deny.

148.    As to the allegations contained in Paragraph 148 of the Master Complaint, Defendants deny.

149.    The allegations contained in Paragraph 149 of the Master Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.  Defendants deny the remaining allegations contained in Paragraph 149 of the Master Complaint.

150.    As to the allegations contained in Paragraph 150 of the Master Complaint, Defendants deny.

151.    As to the allegations contained in Paragraph 151 of the Master Complaint, Defendants admit.

152.    As to the allegations contained in Paragraph 152 of the Master Complaint, Defendants deny.

153.    As to the allegations contained in Paragraph 153 of the Master Complaint, Defendants deny.

154.    As to the allegations contained in Paragraph 154 of the Master Complaint, Defendants deny.

155.    As to the allegations contained in Paragraph 155 of the Master Complaint, Defendants state the documents referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 155.

156. As to the allegations contained in Paragraph 156 of the Master Complaint, Defendants state the documents referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 156.

157. As to the allegations contained in Paragraph 157 of the Master Complaint, Defendants state the documents referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 157.

158. As to the allegations contained in Paragraph 158 of the Master Complaint, Defendants state the documents referenced therein speak for themselves and deny any allegations inconsistent therewith. Defendants deny the remaining allegations of Paragraph 158.

159. As to the allegations contained in Paragraph 159 of the Master Complaint, Defendants deny.

160. As to the allegations contained in Paragraph 160 of the Master Complaint, Defendants deny.

161. As to the allegations contained in Paragraph 161 of the Master Complaint, Defendants deny.

162. As to the allegations contained in Paragraph 162 of the Master Complaint, Defendants admit.

163. As to the allegations contained in Paragraph 163 of the Master Complaint, Defendants state the MHPI speaks for itself and deny any allegations inconsistent therewith.

164. As to the allegations contained in Paragraph 164 of the Master Complaint, Defendants admit.

165.   As to the allegations contained in Paragraph 165 of the Master Complaint, Defendants state that agreements regarding the operation or management of private military housing on NAS Key West speak for themselves and deny any allegations inconsistent therewith.

166.   As to the allegations contained in Paragraph 166 of the Master Complaint, Defendants admit.

167.   As to the allegations contained in Paragraph 167 of the Master Complaint, Defendants admit.

168.   As to the allegations contained in Paragraph 168 of the Master Complaint, Defendants state that agreements regarding the operation or management of private military housing on NAS Key West speak for themselves and deny any allegations inconsistent therewith.

169.   As to the allegations contained in Paragraph 169 of the Master Complaint, Defendants state that agreements regarding the operation or management of private military housing on NAS Key West speak for themselves and deny any allegations inconsistent therewith.

170.   As to the allegations contained in Paragraph 170 of the Master Complaint, Defendants deny.

171.   As to the allegations contained in Paragraph 171 of the Master Complaint, Defendants state that the Operating Agreement speaks for itself and deny any allegations inconsistent therewith.

172.   As to the allegations contained in Paragraph 172 of the Master Complaint, Defendants state that the Operating Agreement speaks for itself and deny any allegations inconsistent therewith.

173. As to the allegations contained in Paragraph 173 of the Master Complaint, Defendants state that the Operating Agreement speaks for itself and deny any allegations inconsistent therewith.

174. As to the allegations contained in Paragraph 174 of the Master Complaint, Defendants state that the Ground Lease speaks for itself and deny any allegations inconsistent therewith.

175. As to the allegations contained in Paragraph 175 of the Master Complaint, Defendants state that the Property Management Agreement speaks for itself and deny any allegations inconsistent therewith.

176. As to the allegations contained in Paragraph 176 of the Master Complaint, Defendants state that the Property Management Agreement speaks for itself and deny any allegations inconsistent therewith.

177. As to the allegations contained in Paragraph 177 of the Master Complaint, Defendants state that the Ground Lease speaks for itself and deny any allegations inconsistent therewith.

178. As to the allegations contained in Paragraph 178 of the Master Complaint, Defendants deny.

179. As to the allegations contained in Paragraph 179 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

180. As to the allegations contained in Paragraph 180 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

181. As to the allegations contained in Paragraph 181 of the Master Complaint, Defendants state that the MHPI Tenant Bill of Rights speaks for itself and deny any allegations inconsistent therewith. The remainder of Paragraph 181 makes no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

182. As to the allegations contained in Paragraph 182 of the Master Complaint, Defendants state that the website referenced therein speaks for itself and deny any allegations inconsistent therewith.

183. As to the allegations contained in Paragraph 183 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

184. As to the allegations contained in Paragraph 184 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

185. As to the allegations contained in Paragraph 185 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

186. As to the allegations contained in Paragraph 186 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

187. As to the allegations contained in Paragraph 187 of the Master Complaint, Defendants deny.

188.    As to the allegations contained in Paragraph 188 of the Master Complaint, Defendants state that the Plea Agreement speaks for itself and deny any allegations inconsistent therewith.

189.    As to the allegations contained in Paragraph 189 of the Master Complaint, Defendants state that the press release referenced therein speaks for itself and deny any allegations inconsistent therewith.

190.    As to the allegations contained in Paragraph 190 of the Master Complaint, Defendants state that the press release referenced therein speaks for itself and deny any allegations inconsistent therewith.

191.    As to the allegations contained in Paragraph 191 of the Master Complaint, Defendants state that the Plea Agreement speaks for itself and deny any allegations inconsistent therewith.

192.    As to the allegations contained in Paragraph 192 of the Master Complaint, Defendants state that the document referenced therein speaks for itself and deny any allegations inconsistent therewith.

193.    As to the allegations contained in Paragraph 193 (and each of its Subparagraphs) of the Master Complaint, Defendants state that the document referenced therein speaks for itself and deny any allegations inconsistent therewith.

194.    As to the allegations contained in Paragraph 194 of the Master Complaint, Defendants deny.

195.    As to the allegations contained in Paragraph 195 of the Master Complaint, Defendants admit.

196. As to the allegations contained in Paragraph 196 of the Master Complaint, Defendants admit.

197. As to the allegations contained in Paragraph 197 of the Master Complaint, Defendants admit.

198. As to the allegations contained in Paragraph 198 of the Master Complaint, Defendants state the leases referenced therein speak for themselves and deny any allegations inconsistent therewith.

199. As to the allegations contained in Paragraph 199 of the Master Complaint, Defendants state the leases referenced therein speak for themselves and deny any allegations inconsistent therewith.

200. As to the allegations contained in Paragraph 200 of the Master Complaint, Defendants admit to the extent they are required to provide a seven year maintenance history to military tenants, but deny the requirement as to non-military tenants.

201. As to the allegations contained in the first sentence of Paragraph 201 of the Master Complaint, Defendants state the leases referenced therein speak for themselves and deny any allegations inconsistent therewith. As to the allegations regarding Plaintiffs' reliance, Defendants lack knowledge or information sufficient to form a belief about the truth of those allegations and therefore deny.

202. As to the allegations contained in Paragraph 202 of the Master Complaint, Defendants state the lease packets referenced therein speak for themselves and deny any allegations inconsistent therewith.

203. As to the allegations contained in Paragraph 203 of the Master Complaint, Defendants deny.

204. As to the allegations contained in Paragraph 204 of the Master Complaint, Defendants deny.

205. As to the allegations contained in Paragraph 205 of the Master Complaint, the first sentence does not make any allegations against Defendants. To the extent it does make allegations against Defendants, Defendants deny. Defendants deny the remaining allegations of Paragraph 205.

206. As to the allegations contained in Paragraph 206 of the Master Complaint, Defendants deny.

207. As to the allegations contained in Paragraph 207 of the Master Complaint, Defendants deny.

208. As to the allegations contained in Paragraph 208 of the Master Complaint, Defendants deny.

209. As to the allegations contained in Paragraph 209 of the Master Complaint, Defendants deny.

210. As to the allegations contained in Paragraph 210 of the Master Complaint, Defendants deny.

211. As to the allegations contained in Paragraph 211 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

212. As to the allegations contained in Paragraph 212 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

213. As to the allegations contained in Paragraph 213 of the Master Complaint, Defendants deny.

214. As to the allegations contained in Paragraph 214 of the Master Complaint, Defendants deny.

215. As to the allegations contained in Paragraph 215 of the Master Complaint, Defendants deny.

216. As to the allegations contained in Paragraph 216 of the Master Complaint, Defendants deny.

217. As to the allegations contained in Paragraph 217 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

218. As to the allegations contained in Paragraph 218 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

219. As to the allegations contained in Paragraph 219 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

220. As to the allegations contained in Paragraph 220 of the Master Complaint, Defendants state that the National Institutes of Health report speaks for itself and deny any allegations inconsistent therewith.

221. As to the allegations contained in Paragraph 221 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

222.    As to the allegations contained in Paragraph 222 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

223.    As to the allegations contained in Paragraph 223 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

224.    As to the allegations contained in Paragraph 224 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

225.    As to the allegations contained in Paragraph 225 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny.

226.    As to the allegations contained in Paragraph 226 of the Master Complaint, Defendants deny.

227.    As to the allegations contained in Paragraph 227 of the Master Complaint, the first sentence does not make any allegations against Defendants. To the extent there are allegations against Defendants, Defendants deny. Defendants deny the remaining allegations of Paragraph 227.

228.    As to the allegations contained in Paragraph 228 of the Master Complaint, Defendants deny.

229.    As to the allegations contained in Paragraph 229 of the Master Complaint, Defendants deny.

230.   As to the allegations contained in Paragraph 230 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants do not have sufficient knowledge to either admit or deny and therefore deny.

231.   As to the allegations contained in Paragraph 231 of the Master Complaint, Defendants deny.

232.   As to the allegations contained in Paragraph 232 of the Master Complaint, Defendants deny.

233.   As to the allegations contained in Paragraph 233 of the Master Complaint, there are no allegations against Defendants. To the extent there are allegations against Defendants, Defendants do not have sufficient knowledge to either admit or deny and therefore deny.

234.   As to the allegations contained in Paragraph 234 of the Master Complaint, Defendants deny.

**CAUSES OF ACTION**

**COUNT I: Breach of Contract**

235.   Defendants incorporate by reference their responses set forth in Paragraphs 1 -234 as if fully set forth herein.

236.   As to the allegations contained in Paragraph 236 of the Master Complaint, there are no allegations to which a response is required as Paragraph 236 sets forth legal conclusions. To the extent a response is deemed required, Defendants state that the documents referenced in Paragraph 236 speak for themselves, and deny any allegations inconsistent therewith.

237.   As to the allegations contained in Paragraph 237 of the Master Complaint, Defendants deny.

238.	As to the allegations contained in the first sentence of Paragraph 238 of the Master Complaint, there are no allegations to which a response is required as it sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.  As to the remaining allegations contained in Paragraph 238 of the Master Complaint, Defendants deny.

239.	As to the allegations contained in Paragraph 239 of the Master Complaint, Defendants deny.

240.	As to the allegations contained in Paragraph 240 of the Master Complaint, Defendants deny.

241.	As to the allegations contained in Paragraph 241 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

**Count II: Negligence**

242.	Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

243.	As to the allegations contained in Paragraph 243 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

244.	As to the allegations contained in Paragraph 244 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

245.	As to the allegations contained in Paragraph 245 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

246.    As to the allegations contained in Paragraph 246 of the Master Complaint (and its Subparagraphs), these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

247.    As to the allegations contained in Paragraph 247 of the Master Complaint, Defendants deny.

248.    As to the allegations contained in Paragraph 248 of the Master Complaint, Defendants deny.

249.    As to the allegations contained in Paragraph 249 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

250.    As to the allegations contained in Paragraph 250 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count III: Gross Negligence

251.    Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

252.    As to the allegations contained in Paragraph 252 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

253.    As to the allegations contained in Paragraph 253 of the Master Complaint, Defendants deny.

30

254. As to the allegations contained in Paragraph 254 of the Master Complaint, these allegations (and its Subparagraphs) constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

255. As to the allegations contained in Paragraph 255 of the Master Complaint, Defendants deny.

256. As to the allegations contained in Paragraph 256 of the Master Complaint, Defendants deny.

257. As to the allegations contained in Paragraph 257 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

258. As to the allegations contained in Paragraph 258 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count IV (Removed)

## Count V: Negligent Infliction of Emotional Distress

259. Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

260. As to the allegations contained in Paragraph 260 of the Master Complaint, Defendants deny.

261. As to the allegations contained in Paragraph 261 of the Master Complaint, Defendants deny.

262. As to the allegations contained in Paragraph 262 of the Master Complaint, Defendants deny.

31

263. As to the allegations contained in Paragraph 263 of the Master Complaint, Defendants deny.

264. As to the allegations contained in Paragraph 264 of the Master Complaint, Defendants deny.

265. As to the allegations contained in Paragraph 265 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

266. As to the allegations contained in Paragraph 266 of the Master Complaint, Defendants deny.

267. As to the allegations contained in Paragraph 267 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

268. As to the allegations contained in Paragraph 268 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count VI: Intentional Infliction of Emotional Distress (Removed)

## Count VII: Breach of Warranty of Habitability

269. Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

270. As to the allegations contained in the first sentence of Paragraph 270 of the Master Complaint, there are no allegations to which a response is required as those allegations set forth legal conclusions. To the extent a response is deemed required, Defendants deny. Defendants deny the remaining allegations of Paragraph 270.

271.     As to the allegations contained in the first sentence of Paragraph 271 of the Master Complaint, the documents referenced therein speak for themselves and Defendants deny any allegations inconsistent therewith. As to the remaining allegations in Paragraph 271, Defendants deny.

272.     As to the allegations contained in Paragraph 272 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

273.     As to the allegations contained in Paragraph 273 of the Master Complaint, Defendants deny.

274.     As to the allegations contained in Paragraph 274 of the Master Complaint, Defendants deny.

275.     As to the allegations contained in Paragraph 275 of the Master Complaint, Defendants deny.

276.     As to the allegations contained in Paragraph 276 of the Master Complaint, Defendants deny.

277.     As to the allegations contained in Paragraph 277 of the Master Complaint, Defendants deny.

278.     As to the allegations contained in Paragraph 278 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

279.     As to the allegations contained in Paragraph 279 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

280.     As to the allegations contained in Paragraph 280 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

**Count VIII: Third Party Beneficiary to Contract**

281.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

282.     As to the allegations contained in the first sentence of Paragraph 282 of the Master Complaint, there are no allegations to which a response is required as those allegations set forth therein constitute legal conclusions. To the extent a response is deemed required, Defendants deny. Defendants deny the remaining allegations of Paragraph 282

283.     As to the allegations contained in Paragraph 283 of the Master Complaint, Defendants deny.

284.     As to the allegations contained in Paragraph 284 of the Master Complaint, Defendants deny.

285.     As to the allegations contained in Paragraph 285 of the Master Complaint, Defendants deny.

286.     As to the allegations contained in Paragraph 286 of the Master Complaint, Defendants deny.

287.     As to the allegations contained in Paragraph 287 of the Master Complaint, Defendants deny.

288.     As to the allegations contained in Paragraph 288 of the Master Complaint, Defendants deny.

289.     As to the allegations contained in Paragraph 289 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

290.     As to the allegations contained in Paragraph 290 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

291.     As to the allegations contained in Paragraph 291 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

292.     As to the allegations contained in Paragraph 292 of the Master Complaint, Defendants deny.

293.     As to the allegations contained in Paragraph 293 of the Master Complaint, there are no allegations to which a response is required as Paragraph 293 sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.

294.     As to the allegations contained in Paragraph 294 of the Master Complaint, there are no allegations to which a response is required as Paragraph 294 sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.

**Count IX: Negligence Per Se**

295.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

296.     As to the allegations contained in Paragraph 296 of the Master Complaint, there are no allegations to which a response is required as Paragraph 296 sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.

297. As to the allegations contained in Paragraph 297 of the Master Complaint, there are no allegations to which a response is required as Paragraph 297 sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.

298. As to the allegations contained in Paragraph 298 of the Master Complaint, Defendants deny.

299. As to the allegations contained in Paragraph 299 of the Master Complaint, Defendants deny.

300. As to the allegations contained in Paragraph 300 of the Master Complaint, Defendants deny.

301. As to the allegations contained in Paragraph 301 of the Master Complaint, Defendants deny.

302. As to the allegations contained in Paragraph 302 of the Master Complaint, the statute referenced therein speaks for itself, and Defendants deny any allegations inconsistent therewith.

303. As to the allegations contained in Paragraph 303 of the Master Complaint, the statute referenced therein speaks for itself, and Defendants deny any allegations inconsistent therewith.

304. As to the allegations contained in Paragraph 304 of the Master Complaint, the statute referenced therein speaks for itself, and Defendants deny any allegations inconsistent therewith.

305. As to the allegations contained in Paragraph 305 of the Master Complaint, the statute referenced therein speaks for itself, and Defendants deny any allegations inconsistent therewith.

306.　　　As to the allegations contained in Paragraph 306 (and each of its Subparagraphs) of the Master Complaint, Defendants deny.

307.　　　As to the allegations contained in Paragraph 307 of the Master Complaint, there are no allegations to which a response is required as Paragraph 307 sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.

308.　　　As to the allegations contained in Paragraph 308 of the Master Complaint, Defendants deny that Plaintiffs suffered any exposure-based injuries. As to the remaining allegations contained in Paragraph 308 of the Master Complaint, there are no allegations to which a response is required as Paragraph 308 sets forth legal conclusions. To the extent a response is deemed required, Defendants deny.

309.　　　As to the allegations contained in Paragraph 309 of the Master Complaint, Defendants deny.

310.　　　As to the allegations contained in Paragraph 310 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

311.　　　As to the allegations contained in Paragraph 311 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

**Count X: Medical Monitoring**

312.　　　Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

313.　　　As to the allegations contained in Paragraph 313 of the Master Complaint, Defendants deny.

314.     As to the allegations contained in Paragraph 314 of the Master Complaint, Defendants deny.

315.     As to the allegations contained in Paragraph 315 of the Master Complaint, Defendants deny.

316.     As to the allegations contained in Paragraph 316 of the Master Complaint, Defendants deny.

317.     As to the allegations contained in Paragraph 317 of the Master Complaint, Defendants deny.

318.     As to the allegations contained in Paragraph 318 of the Master Complaint, Defendants deny.

319.     As to the allegations contained in Paragraph 319 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

320.     As to the allegations contained in Paragraph 320 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count XI: Violations of Florida Deceptive and Unfair Trade Practice Act
### (Unfair Conduct)

321.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

322.     As to the allegations contained in Paragraph 322 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

323. As to the allegations contained in Paragraph 323 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

324. As to the allegations contained in Paragraph 324 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

325. As to the allegations contained in Paragraph 325 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

326. As to the allegations contained in Paragraph 326 of the Master Complaint, Defendants deny.

327. As to the allegations contained in Paragraph 327 of the Master Complaint, Defendants deny.

328. As to the allegations contained in Paragraph 328 of the Master Complaint, Defendants deny.

329. As to the allegations contained in Paragraph 329 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

330. As to the allegations contained in Paragraph 330 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

331.    As to the allegations contained in Paragraph 331 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny

## Count XII: Violations of Florida Deceptive and Unfair Trade Practice Act
### (Deceptive Conduct)

332.    Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein

333.    As to the allegations contained in Paragraph 333 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

334.    As to the allegations contained in Paragraph 334 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

335.    As to the allegations contained in Paragraph 335 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

336.    As to the allegations contained in Paragraph 336 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

337.    As to the allegations contained in Paragraph 337 of the Master Complaint, Defendants deny.

338.    As to the allegations contained in Paragraph 338 of the Master Complaint, Defendants deny.

339.     As to the allegations contained in Paragraph 339 of the Master Complaint, Defendants deny.

340.     As to the allegations contained in Paragraph 340 of the Master Complaint, Defendants deny.

341.     As to the allegations contained in Paragraph 341 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

342.     As to the allegations contained in Paragraph 342 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

343.     As to the allegations contained in Paragraph 343 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count XIII: Negligent Misrepresentation Concerning Condition of Home

344.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

345.     As to the allegations contained in Paragraph 345 of the Master Complaint, Defendants deny.

346.     As to the allegations contained in Paragraph 346 of the Master Complaint, Defendants deny.

347.     As to the allegations contained in Paragraph 347 of the Master Complaint, Defendants deny.

348.     As to the allegations contained in Paragraph 348 of the Master Complaint, Defendants deny.

349.     As to the allegations contained in Paragraph 349 of the Master Complaint, Defendants deny.

350.     As to the allegations contained in Paragraph 350 of the Master Complaint, Defendants deny.

351.     As to the allegations contained in Paragraph 351 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

352.     As to the allegations contained in Paragraph 352 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

**Count XIV: Negligent Misrepresentation Concerning Remediation of Unsafe Conditions**

353.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

354.     As to the allegations contained in Paragraph 354 of the Master Complaint, Defendants deny.

355.     As to the allegations contained in Paragraph 355 of the Master Complaint, Defendants deny.

356.     As to the allegations contained in Paragraph 356 of the Master Complaint, Defendants deny.

357.     As to the allegations contained in Paragraph 357 of the Master Complaint, Defendants deny.

358.     As to the allegations contained in Paragraph 358 of the Master Complaint, Defendants deny.

359.     As to the allegations contained in Paragraph 359 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

360.     As to the allegations contained in Paragraph 360 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

### Count XV: Fraudulent Inducement

361.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

362.     As to the allegations contained in Paragraph 362 of the Master Complaint, Defendants deny.

363.     As to the allegations contained in Paragraph 363 of the Master Complaint, Defendants deny.

364.     As to the allegations contained in Paragraph 364 of the Master Complaint, Defendants deny.

365.     As to the allegations contained in Paragraph 365 of the Master Complaint, Defendants deny.

366.     As to the allegations contained in Paragraph 366 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

367.     As to the allegations contained in Paragraph 367 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count XVI: Fraudulent Misrepresentation

368.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

369.     As to the allegations contained in Paragraph 369 of the Master Complaint, Defendants deny.

370.     As to the allegations contained in Paragraph 370 of the Master Complaint Defendants deny.

371.     As to the allegations contained in Paragraph 371 of the Master Complaint, Defendants deny.

372.     As to the allegations contained in Paragraph 372 of the Master Complaint, Defendants deny.

373.     As to the allegations contained in Paragraph 373 of the Master Complaint, Defendants deny.

374.     As to the allegations contained in Paragraph 374 of the Master Complaint, Defendants deny.

375.     As to the allegations contained in Paragraph 375 of the Master Complaint, Defendants deny.

376.     As to the allegations contained in Paragraph 376 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

377.     As to the allegations contained in Paragraph 377 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## Count XVII: Fraudulent Concealment of Condition of Housing

378.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

379.     As to the allegations contained in Paragraph 379 of the Master Complaint, Defendants deny.

380.     As to the allegations contained in Paragraph 380 of the Master Complaint, Defendants deny.

381.     As to the allegations contained in Paragraph 381 of the Master Complaint, Defendants deny.

382.     As to the allegations contained in Paragraph 382 of the Master Complaint, Defendants deny.

383.     As to the allegations contained in Paragraph 383 of the Master Complaint, Defendants deny.

384.     As to the allegations contained in Paragraph 384 of the Master Complaint, Defendants deny.

385.     As to the allegations contained in Paragraph 385 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

386.     As to the allegations contained in Paragraph 386 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

**Count XVIII: Fraudulent Concealment Leading to Decisions to Remain in Homes**

387.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

388.     As to the allegations contained in Paragraph 388 of the Master Complaint, Defendants deny.

389.     As to the allegations contained in Paragraph 389 of the Master Complaint, Defendants deny.

390.     As to the allegations contained in Paragraph 390 of the Master Complaint, Defendants deny.

391.     As to the allegations contained in Paragraph 391 of the Master Complaint, Defendants deny.

392.     As to the allegations contained in Paragraph 392 of the Master Complaint, Defendants deny.

393.     As to the allegations contained in Paragraph 393 of the Master Complaint, Defendants deny.

394.     As to the allegations contained in Paragraph 394 of the Master Complaint, Defendants deny.

395.     As to the allegations contained in Paragraph 395 of the Master Complaint, Defendants deny.

396.     As to the allegations contained in Paragraph 396 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

397.     As to the allegations contained in Paragraph 397 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

### Count XIX: Fraudulent Misrepresentations

398.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

399.     As to the allegations contained in Paragraph 399 of the Master Complaint, Defendants deny.

400.     As to the allegations contained in Paragraph 400 of the Master Complaint, Defendants deny.

401.     As to the allegations contained in Paragraph 401 of the Master Complaint, Defendants deny.

402.     As to the allegations contained in Paragraph 402 of the Master Complaint, Defendants deny.

403.     As to the allegations contained in Paragraph 403 of the Master Complaint, Defendants deny.

404.     As to the allegations contained in Paragraph 404 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

405.     As to the allegations contained in Paragraph 405 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

### Count XX: Fraudulent Concealment

406.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

407.     As to the allegations contained in Paragraph 407 of the Master Complaint, Defendants deny.

408.     As to the allegations contained in Paragraph 408 of the Master Complaint, Defendants deny.

409.     As to the allegations contained in Paragraph 409 of the Master Complaint, Defendants deny.

410.     As to the allegations contained in Paragraph 410 of the Master Complaint, Defendants deny.

411.     As to the allegations contained in Paragraph 411 of the Master Complaint, Defendants deny.

412.     As to the allegations contained in Paragraph 412 of the Master Complaint, Defendants deny.

413.     As to the allegations contained in Paragraph 413 of the Master Complaint, Defendants deny.

414.     As to the allegations contained in Paragraph 414 of the Master Complaint, Defendants deny.

415.     As to the allegations contained in Paragraph 415 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

416.     As to the allegations contained in Paragraph 416 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

### Count XXI: Negligent Misrepresentation

417.     Defendants incorporate by reference their responses set forth in Paragraphs 1 - 234 as if fully set forth herein.

418.     As to the allegations contained in Paragraph 418 of the Master Complaint, Defendants deny.

419.     As to the allegations contained in Paragraph 419 of the Master Complaint, Defendants deny.

420.     As to the allegations contained in Paragraph 420 of the Master Complaint, Defendants deny.

421.     As to the allegations contained in Paragraph 421 of the Master Complaint, Defendants deny.

422.     As to the allegations contained in Paragraph 422 of the Master Complaint, Defendants deny.

423.     As to the allegations contained in Paragraph 423 of the Master Complaint, Defendants deny.

424.     As to the allegations contained in Paragraph 424 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

425.     As to the allegations contained in Paragraph 425 of the Master Complaint, these allegations constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny.

## DAMAGES

Defendants deny Plaintiffs have suffered any type of damages whatsoever as a result of Defendants' conduct.

## PRAYER FOR RELIEF

Defendants state that Plaintiffs are not entitled to any of the relief they seek in their Master Complaint, and Plaintiffs should take nothing thereby.

## DEMAND FOR JURY TRIAL

Defendants demand a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs' Master Complaint fails to state any cause of action upon which relief can be granted as a matter of fact and/or law.

### Second Affirmative Defense

Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations or of repose and/or the doctrine of laches.

50

**Third Affirmative Defense**

Plaintiffs' conduct proximately caused or contributed to their alleged damages, injuries, or loss, if any, and any recovery to which Plaintiffs may otherwise be entitled is therefore unavailable or should be diminished accordingly.

**Fourth Affirmative Defense**

Plaintiffs assumed the risk of the alleged damages, injuries, or loss, if any.

**Fifth Affirmative Defense**

Plaintiffs failed to mitigate their damages, if any.

**Sixth Affirmative Defense**

Plaintiffs failed to plead fraud with particularity as required under Fed. R. Civ. P. 9(b).

**Seventh Affirmative Defense**

At all relevant times, Defendants complied with all applicable governmental building codes, standards, regulations, and specifications.

**Eighth Affirmative Defense**

Plaintiffs' damages are speculative.

**Ninth Affirmative Defense**

Plaintiffs alleged injuries resulted from Plaintiffs' pre-existing illnesses or conditions.

**Tenth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the federal enclave doctrine.

**Eleventh Affirmative Defense**

Plaintiffs' damages, if any, are attributable to the negligence and/or conduct of third parties.

## Twelfth Affirmative Defense

Plaintiffs are not entitled to an award of punitive damages because they failed to allege sufficient facts within the Master Complaint to demonstrate any conscious disregard for the safety of Plaintiffs, or any willful, wanton, or malicious act or omissions, or any other act of conduct on the part of Defendants which could form the basis for an award of punitive damages.

## Thirteenth Affirmative Defense

No Plaintiff is entitled to recover punitive or exemplary damages in any form or fashion in this case in that it would violate Defendants' rights under the Constitution of the United States. Any award of exemplary or punitive damages, in the absence of appropriate standards, procedures to ensure their application, and adequate review, would be unreasonable, arbitrary, capricious, and confiscatory, would have no relation to any ascertainable facts, and therefore would afford Defendants no adequate means of defense in appellate review.

## Fourteenth Affirmative Defense

Plaintiffs waived any and all alleged breaches of contract by Southeast Housing by continuing to request and receive performance under the contracts alleged in the Master Complaint as well as continuing to live within the subject housing.

## Fifteenth Affirmative Defense

Plaintiffs directed, ordered, and/or approved Defendants' conduct, thereby barring Plaintiffs from seeking the relief prayed for in the Master Complaint.

## Sixteenth Affirmative Defense

To the extent Plaintiffs have or will receive collateral source benefits in full or partial payments of the damages sought in the Master Complaint, Southeast Housing is entitled to a set

off of any recovery against one or all of them to the extent of all benefits paid, or payable to, or on behalf of Plaintiffs from any collateral source.

### Seventeenth Affirmative Defense

Plaintiffs' claims are barred to the extent they ratified lease agreements upon renewing such leases at the end of their initial lease terms.

### Eighteenth Affirmative Defense

Plaintiffs' claims for punitive damages and prejudgment interest are barred by 28 U.S.C. § 2674.

### Nineteenth Affirmative Defense

Plaintiffs' claims are barred to the extent Plaintiffs prevented and/or frustrated efforts to remediate, clean, or otherwise address the alleged conditions underlying this action.

### Twentieth Affirmative Defense

Plaintiffs lack standing pursuant to the Military Housing Privatization Initiative.

### Twenty-First Affirmative Defense

Plaintiffs have failed to fulfill one or more conditions precedent and applicable notice requirements, and therefore any claims that require such conditions precedent and/or notice are barred.

### Twenty-Second Affirmative Defense

Plaintiffs are seeking damages that are excessive, unwarranted, and/or unrelated to the alleged loss(es) described in the Master Complaint.

**Twenty-Third Affirmative Defense**

The parties' duties and obligations are defined, limited, and controlled by the terms and conditions of the subject leases, which are written contracts that speak for themselves.

**Twenty-Fourth Affirmative Defense**

The acts or admissions of others over whom Defendants had no control, whose acts or omissions Defendants had no reason to anticipate, and for whom Defendants are not liable, proximately caused or contributed to the damages, injuries, or loss, if any were sustained. These acts or omissions of others constituted intervening cause(s) and supersede any alleged wrongful act or omission on the part of Defendants.

**Twenty-Fifth Affirmative Defense**

Defendants are entitled to any sovereign or governmental immunity available to the United States of America, including but not limited to the immunity set forth in *Yearsley v. W.A. Ross Construction Co.*, 309 U.S. 18 (1940). Defendants moreover performed duties under contract stemming from a contract with the United States government at the direction of and authorization of governmental authorities, such that Defendants are immune from suit based on its performance of such contract under any and all legal theories applicable to such facts, including but not limited to governmental contractor immunity as set forth in *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988).

**Twenty-Sixth Affirmative Defense**

Plaintiffs have failed to exhaust available administrative remedies prior to seeking judicial review.

**Twenty-Seventh Affirmative Defense**

Plaintiffs have failed to join an indispensable party pursuant to Federal Rule of Civil Procedure 19.

**Twenty-Eighth Affirmative Defense**

Defendants reserve the right to amend its Answer and to add additional affirmative defenses or counterclaims which may become known during litigation.

**WHEREFORE**, Defendants respectfully request that Plaintiffs' Master Complaint be dismissed in its entirety, with prejudice, together with such other further relief as this Court deems just and proper.

Dated: June 15, 2026                                  Respectfully submitted,

**QUINTAIROS, PRIETO,**                            **PAUL HASTINGS LLP**
**WOOD & BOYER, P.A.**
                                                   Brian D. Israel, Esq. (admitted *pro hac vice*)
*/s/ Eddie L. Holiday III*                         brianisrael@paulhastings.com
Eddie L. Holiday III, Esq.                         Benjamin W. Snyder, Esq. (admitted *pro hac vice*)
Florida Bar No. 109918                             bensnyder@paulhastings.com
Dexter Romanez, Esq.                               2050 M Street, NW
Florida Bar No. 780561                             Washington, DC 20036
dexter.romanez@qpwblaw.com                         Telephone: (202) 551-1700
Reginald J. Clyne, Esq.
Florida Bar No. 654302                             Avi Weitzman, Esq. (admitted *pro hac vice*)
reginald.clyne@qpwblaw.com                         aviweitzman@paulhastings.com
eddie.holiday@qpwblaw.com                          Evan J. Preminger, Esq. (admitted *pro hac vice*)
9300 South Dadeland Boulevard                      evanpreminger@paulhastings.com
Fourth Floor                                       200 Park Avenue
Miami, FL 33156                                    New York, NY 10166
Telephone: (305) 670-1101                          Telephone: (212) 318-6000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system.

*/s/ Eddie L. Holiday III*

Eddie L. Holiday III, Esq.
Florida Bar No. 109918